AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

<u>       FIRST       </u>   DISTRICT OF   <u>   MASSACHUSETTS   </u>

UNITED STATES OF AMERICA

V.                                                              **APPEARANCE**

EDDIE MATOS
                                            Case Number: **05 mj 619**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

<u>March 3, 2005</u>                       <u>/s/ Paul H. Smyth</u>
Date                                     Signature

                                         <u>PAUL H. SMYTH</u>          <u>634600</u>
                                         Print Name                 Bar Number

                                         <u>1550 MAIN STREET, #310</u>
                                         Address

                                         <u>SPRINGFIELD</u>      <u>MA</u>    <u>01103</u>
                                         City              State    Zip Code

                                         <u>(413) 785-0235</u>       <u>(413) 785-0394</u>
                                         Phone Number            Fax Number