UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )      CRIMINAL NO. 05mj619
                                  )
Eddie Matos                       )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because it involves (check all that apply):

_____ Crime of violence (18 U.S.C. Section 3156)

_____ Maximum sentence life imprisonment or death

___✓___ 10 plus years drug offense

_____ Felony, with two prior convictions in above categories

_____ Serious risk defendant will flee

_____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>.  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

___✓___ Defendant's appearance as required

___✓___ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States (will, will not) invoke the rebuttable presumption against defendant under Section 3142(e).  (If yes) The presumption applies because (check one or both):

_____ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4.   <u>Time for Detention Hearing</u>.   The United States requests the court conduct the detention hearing,

_____ At first appearance

_____ After continuance of  3  days (not more than 3)

5.   <u>Witnesses</u>.   The United States intends to call the following witnesses:




The amount of time for direct examination of these witnesses is estimated to be:  one-half hour.

6.   <u>Other Matters</u>.

_____

_____

_____

DATED this  3  day of  March , 20 05 .


_____
Assistant United States Attorney


2