# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER OF TEMPORARY DETENTION |
| v. | ) | PENDING HEARING PURSUANT TO |
| **Eddie Matos** | ) | BAIL REFORM ACT |
| Defendant | ) | Criminal Action No.: **05mj 619** |

Upon motion of the ___Government___, it is ORDERED that a detention hearing is set for ___March 4, 2005___* at ___2:30 PM___ before <u>Honorable Kenneth P. Neiman, United States Magistrate Judge in Courtroom Three, United States District Court, Springfield</u>. Pending this hearing, the defendant shall be held in the custody of the United States marshal at an appropriate facility.

___March 3, 2005___
Date

_Michael A. Ponsor_
Michael A. Ponsor
U.S. District Judge

* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure or intimidate a prospective witness or juror.