AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

APPEARANCE

Case Number: 05 MJ 619

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  eddie MAtos

___3/11/05___
Date

_____[signature]_____
Signature

__Perman Glenn, III__
Print Name

__1163 main st.__
Address

__Spfld__  __MA.__  __01103__
City   State   Zip Code

__413 219-5600__
Phone Number