UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action: |
| | ) O5-MJ 619 |
| EDDIE MATOS, | ) |
| Defendant | ) |

## MOTION FOR RECONSIDERATION OF DETENTION

Now comes the Defendant, Eddie Matos, and does hereby respectfully request that this Honorable Court reconsider it decision to hold the defendant in detention with regard to the above referenced matter. The Defendant is being held pending trial.

The defendant in this matter feels that there are alternate conditions which can be enforced which will ensure that the Defendant does not flee. Such conditions may include an ankle bracelet, daily check in with probation, etc..(See Proposed Conditions of Release Attached hereto). The Defendant is also interested in entering a drug rehabilitation plan. He feels that in light of the upcoming birth of his two children in May such a program could help ensure stability in his family.

The Defendant has several ties to the community which would render the possible risk of flight null and void. The Defendant's girlfriend is expecting the birth of the couple's twin babies in May, 2005. (See attached March 22, 2005 letter from Dr. Thomas Moran). He is gainfully employed. He has no intention of fleeing the area.

The Defendant's girlfriend is entirely dependent on the Defendant for financial and moral support particularly considering the upcoming birth of their newborn twins in May. She will not have the ability to care for said children on her own. It is important that in order to maintain the stability within the family unit that the Defendant not be held so that he can provide the financial and moral support to his girlfriend and their soon to be born children. The Defendant feels that he will be able to maintain this stability by continuing to maintain full time work. (See previous employer letter from McDonald's). At the time of his arrest he was working as a home health care aid attendant and intends to return to such work as it allows him to work reasonable hours and provide financial support for his family. (See attached March 21, 2005 letter from Stavros and March 24, 2005 letter from Lilian Rodriguez). Furthermore, the Defendant intends to maintain healthy relationships that he has with his family and friends. (See March 20, 2005 letter from Melody Mendez attached hereto).

It is the Defendant's further understanding that the co-defendant in this matter has accepted responsibility for the guns found in the defendant's residence and has claimed said guns as his own. The Co- Defendant, Zayas, has claimed actual and constructive possession of all three firearms located in the Defendant's basement. Furthermore it is our belief that the Defendant may be safety valve

eligible.

On the basis of the foregoing, the Defendant does hereby respectfully request that this Honorable Court reconsider its decision to order detention of the Defendant in this matter and that other conditions be instated in its place.

See Affidavit of Counsel and Proposed Conditions for Release attached hereto.

Respectfully Submitted,
Eddie Matos,

By his attorney:  _____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
413-734-9955

March 24, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action: |
| ) | O5-MJ 619 |
| EDDIE MATOS, ) | |
|       Defendant ) | |

### AFFIDAVIT OF COUNSEL IN SUPPORT MOTION FOR RECONSIDERATION OF DETENTION

1. My name is Perman Glenn, III.

2. I am a licensed attorney in the Commonwealth of Massachusetts and am licensed to appear in this Honorable Court.

3. I represent the Defendant, Eddie Matos, in the above referenced matter.

4. My client has respectfully requested that this Honorable Court reconsider it decision to hold the defendant in detention with regard to the above referenced matter.

5. Both my client and myself feel strongly that there are alternate conditions which can be enforced which will ensure that the Defendant does not flee. Such conditions may include an ankle bracelet, daily check in with probation, etc..

6. My client has several ties to the community which would render the possible risk of flight null and void. My client's girlfriend is expecting the birth of the couple's twin babies in May, 2005. He is gainfully employed. He has no intention of fleeing the area.

7. It is my understanding that my client's girlfriend is entirely dependent on the my client for financial and moral support particularly considering the upcoming birth of their newborn twins in May. She will not have the ability to care for said children on her own.

8. It is my understanding that the co-defendant in this matter has accepted responsibility for the guns allegedly found in my client's residence and the co-defendant has claimed said guns as his own. Furthermore it is my belief that my client may be safety valve eligible.

9. On the basis of the foregoing, I strongly support my client's request that this Honorable Court

reconsider its decision to order detention of my client in this matter and that other conditions be instated in place of detention.

SIGNED AND SEALED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24 DAY OF MARCH, 2005.

_____
PERMAN GLENN, III

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action: |
| ) | O5-MJ 619 |
| EDDIE MATOS, ) | |
| Defendant ) | |

## DEFENDANT'S PROPOSED CONDITIONS FOR RELEASE

The Defendant, Eddie Matos, proposes as a set of conditions which he alleges are strict enough to reasonably satisfy flight or community safety concerns are as follows:

1. A curfew which imposes house arrest upon the Defendant unless at work or for medical or legal visits.
2. An order directing the Defendant to maintain legitimate employment between the hours of 9:00 a.m. and 8:00 p.m..
3. An order directing the Defendant to have no contact with co-defendants, other than for legitimate joint defense meetings.
4. The Defendant report by telephone and/or in person to the pre-trial services department of the United States Disctrict Court for Western Massachusetts in which he resides.
5. That the Defendant maintain stability in his family.
6. That he commit to treatment for drug abuse.
7. That the Defendant's travels be restricted to Hampden County.
8. That the Defendant not have any association with any known felon(s).
9. That the Defendant wear an ankle bracelet tracking device at all times subject to his release.
10. That the Defendant place a small amount of cash as security for his promise not to flee.

11. That the Defendant's mother, Luz Matos, agree to serve as personal surety. In the event that the Defendant defaults, Ms. Matos agrees to post the $20,000.00 as surety.

                                                      Respectfully Submitted,
                                                      Eddie Matos,

By his attorney:

                                                      Perman Glenn, III
                                                      Law Offices of Perman Glenn, III
                                                      1163 Main Street
                                                      Springfield, MA 01103

March 24, 2005                        413-734-9955

**BRIGHTSIDE, INC.**
**SCHOOL STREET COUNSELING INSTITUTE**
33 School Street
Springfield, MA 01105
Phone: (413) 846-4300 * Fax: (413) 732-0429

FAX COVER SHEET

Date: 3/24/05

To: Perman Glenn III

Company Name: Perman Glenn III

Company Number: (413) 734-9955

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Lillian Rodriguez

Company: School Street Counseling Institute

Fax: (413) 732-0429

Document Title: Eddie Matos reference letter

# Pages: 2

Comments:

*This transmission is intended only for the use of the individual or entity named above. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or the recipient's employee or agent, you are hereby notified that any copy or disclosure of the communication is strictly prohibited.*

*If you have received this communication in error, or if you have any problems receiving this fax, please notify us immediately at (413) 846-4300.*

March 24, 2005

Perman Glenn, III
1163 Main Street
Springfield, MA 01103

Dear Mr. Glenn:

To inform you that Mr. Addie Matos performed service as a Personal Care Attendant (PCA) for STAVROS. He cared for my brother, Jose E. Rodriguez, for a period of approximately 3 years. His performance was accomplished to meet satisfactory standings during his tenure.

If any further information is needed, contact me at (413) 846-4300.

Sincerely,

Lilliam Rodriguez

**STAVROS**
Leonides P. Ramos
Consumer
Luz M. Matos
Surrogate
310 Stafford Street
Springfield, MA 01104
(413) 827-7617

March 21, 2005

To Whom It May Concern:

    Eddie Matos has been working part-time for Leonides P. Ramos approximately for 1 year at 20-25 hours a week. His hours were recently increased to 40 hours per week and we need to fill his full time position as soon as possible. If any questions should arise feel free to contact us at the number provided above at any time.

Sincerely



Leonides P. Ramos



Luz M. Matos

3/20/05

To Whom It May Concern:

My name is Melody Mendez; I work for the State of Connecticut, Office of Consumer Counsel for 7 years. I am the sister-in-law of Eddie Matos and I have had the pleasure of knowing Eddie for 8 years. Eddie is a wonderful person who is very much a family man. Eddie is very caring, he is an awesome father and his children love him dearly. Eddie is the godfather of my daughters and I could not have asked a better person to fill this role, my daughters love him & he clearly love them. I spend a lot of time with Eddie and his family; we all love to do family things together. The love and bond he has with his children, girlfriend and family, are so clearly visible. I am sure that everyone that truly knows Eddie will tell you the same. If you have any questions or want to know more about Eddie, please contact me at anytime.

Sincerely Yours,

Melody Mendez
(860) 906-7499

THOMAS J. MORAN, M.D.
TIMOTHY K. FITZPATRICK, M.D.
ROBERT K. COSTA, M.D.
COLETTE HAAG-RICKERT, M.D.

March 22, 2005

Lesley Mendez/Eddie Matos
38 Allendale Street
Springfield, MA 01107

To Whom It May Concern:

    Lesley Mendez is an *Obstetrical High Risk Patient* under our care. Her LMP was 9/14/04 and her EDC is 5/17/05. She is expecting *Multiples (twins)* and due to her complications with the pregnancy, she is expected to go into labor at any given time.

Thank-You

*[signature: Thomas J. Moran, M.D.]*



Ryan Mascaro
Michell Bradley,LLC.
Bradley Intl. Airport
Windsor Locks,CT.
06096

To whom it may concern,

Eddie Matos was employed by our company from 8/12/03 until 12/18/04. Due to slow flight traffic in the recent months Eddie and three other employees were temporarily laid off until further notice. While Mr. Matos was employed by us he was a delivery manager for about 9 months out of his employment. In that time he supervised a crew of four people and all daily deliveries. As a job requirement, Mr. Matos counted and verified all deliveries for six different venues in the new terminal, including two Lavazza coffee shops, McDonalds, Original pizza of Boston, Fresh City, and a privately owned bar, Locks Landing. Eddie was an outstanding worker who was always concerned about helping others realize and achieve their goals for our company. At the end of his delivery day, Eddie was also responsible for all walk-in coolers and storage room cleanliness. We as a company very rarely had issues with Mr. Matos being late or having problems with other employees. Since Eddie has been out of work he is missed very much not only as a crew member but also as a friend to many of our current employees. Thank you

                                                    Ryan Mascaro


         My contact number is (860)292-1608 -Work
                              (860)745-6859 -Home
                              (860)748-1828 - Cell Phone

March 24, 2005

Perman Glenn, III
1163 Main Street
Springfield, MA 01103

Dear Mr. Glenn:

To inform you that Mr. Addie Matos performed service as a Personal Care Attendant (PCA) for STAVROS. He cared for my brother, Jose E. Rodriguez, for a period of approximately 3 years. His performance was accomplished to meet satisfactory standings during his tenure.

If any further information is needed, contact me at (413) 846-4300.

Sincerely,

Lilliam Rodriguez

March 21, 2005

To Whom It May Concern:

    This letter is to confirm that Luz M. Matos works thru Stavros with Angela Rodriguez-Baez @ 310 Stafford St. Apt. 1508, Springfield, MA 01104. She works 106 hour bi-weekly at a $10.60 per hour. She has been working with Angela Rodriguez-Baez for about 6 years. If any questions should arise please feel free to contact me at (413) 788-4035.

Sincerely

Angela Rodriguez-Baez

| Employee File # | Employee Name | | | Soc.Sec.# | Company Name & Address |
|---|---|---|---|---|---|
| 0054 | LUZ M. MATOS | | | | **ANGELA RODRIGUEZ-BAEZ** |
| Co.# Div.# | Dept.# | Check # | | Soc.Sec.# | 310 STAFFORD STREET |
| 5681 | 0001 | | | 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 | APT. 1508 |
| Period Start | Period Ending | Check Date | | FW- S 02 | SPRINGFIELD, MA 01104 |
| FEB 20, 2005 | MAR 5, 2005 | MAR 11, 2005 | | ST- S 02 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| DAY\EVE | 78.00 | 10.6000 | 826.80 | FICA | 69.66 | | | GROSS | 5588.88 |
| NIGHT | 28.00 | 10.6000 | 296.80 | MEDFICA | 16.29 | | | FICA | 346.51 |
| | | | | FED WTH | 102.58 | | | MEDFICA | 81.04 |
| | | | | MA | 45.67 | | | FED WTH | 508.53 |
| | | | | | | | | STATE | 226.92 |
| **TOTAL** | 106.00 | $ | 1123.60 | **TOTAL $** | 234.20 | **TOTAL $** | 0.00 | Check No. 0479521 | NET PAY *******889.40 |