UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CRIM. NO. 05-30012-MAP<br>VIOLATIONS:<br><br>21 U.S.C. § 841(a)(1) -<br>Possession with Intent To<br>Distribute Crack Cocaine (Count<br>One)<br><br>21 U.S.C. § 841(a)(1) -<br>Distribution of Crack Cocaine<br>(Counts Two and Three)<br><br>21 U.S.C. § 846 -<br>Conspiracy to Distribute and<br>Possess with Intent To<br>Distribute Cocaine (Count Four)<br><br>21 U.S.C. § 841(a)(1) -<br>Possession with Intent To<br>Distribute Marijuana (Count<br>Five)<br><br>21 U.S.C. § 846 -<br>Conspiracy to Distribute and<br>Possess with Intent To<br>Distribute Marijuana (Count Six)<br><br>18 U.S.C. §924(c)(1)(a) -<br>Possession of a Firearm in<br>Furtherance of a Drug<br>Trafficking Crime (Count Seven)<br><br>18 U.S.C. §922(g)(1) -<br>Possession of a Firearm and<br>Ammunition by a Convicted Felon<br>(Count Eight)<br><br>18 U.S.C. § 2 -<br>Aiding and Abetting |
| v. |  |  |
| LUIS ZAYAS, and<br><br>EDDIE MATOS,<br><br>    Defendants |  |  |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT ONE</u>:   Title 21, United States Code, Section 841(a)(1) -
Possession with the Intent to Distribute Cocaine
Base; Title 18, United States Code, Section 2,

**Aiding and Abetting**

1. On or about March 3, 2005, in Hampden County, in the District of Massachusetts,

> **Luis Zayas,**
>
> and
>
> **Eddie Matos**

Defendants herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute cocaine base described in Count One of the Indictment involved fifty grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to Count One.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT TWO:**    Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute, and Distribution of, Cocaine Base; Title 18, United States Code, Section 2, Aiding and Abetting

1.  On or about November 30, 2004, in Hampden County, in the District of Massachusetts,

**Eddie Matos**

Defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT THREE**:   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute, and Distribution of, Cocaine Base; Title 18, United States Code, Section 2, Aiding and Abetting

1.   On or about February 24, 2005, in Hampden County, in the District of Massachusetts,

**LUIS ZAYAS**

Defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

4

<u>**COUNT FOUR**</u>:    **Title 21, United States Code, Section 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base**

Beginning at a time unknown to the Grand Jury, but no later than November 30, 2004, and continuing until March 3, 2005, in Springfield, Massachusetts,

**Luis Zayas,**

and

**Eddie Matos,**

Defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown, to commit an offense against the United States, namely to possess with intent to distribute and to distribute a quantity of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy to distribute and possess with the intent to distribute cocaine base described in Count Four of the Indictment involved fifty grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to Count Four.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

<u>COUNT FIVE</u>:   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute Marijuana; Title 18, United States Code, Section 2, Aiding and Abetting

1. On or about March 3, 2005, in Hampden County, in the District of Massachusetts,

**Luis Zayas,**

and

**Eddie Matos,**

Defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT SIX:**     Title 21, United States Code, Section 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana

Beginning at a time unknown to the Grand Jury, but no later than November 30, 2004, and continuing until March 3, 2005, in Springfield, Massachusetts,

**Luis Zayas,**

and

**Eddie Matos,**

Defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and known and unknown others, to commit an offense against the United States, namely to possess with intent to distribute and to distribute a quantity of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**COUNT SEVEN:** Title 18, United States Code, Section 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, United States Code, Section 2, Aiding and Abetting

1. On or about March 3, 2005, in Springfield, Massachusetts,

**Luis Zayas,**

and

**Eddie Matos,**

Defendants herein, did knowingly and intentionally, use and possess, the following firearms,

1. Colt AR-15 Semiautomatic Assault Rifle (serial number SP308134)

2. Phoenix Arms .25 Caliber Pistol (serial number 3174623)

3. Taurus International .45 Caliber Pistol (serial number NUJ96968)

in furtherance of a drug trafficking crime, namely, (1) Distribution and Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count One of this indictment; (2) Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base, in violation of Title 21, United States Code, Section 846, as set forth in Count Four of this indictment; and (3) Conspiracy to Possess with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Section 846, as set forth in Count Seven of this indictment.

The Colt AR-15 semiautomatic assault rifle described above is a semiautomatic assault weapon as defined by Title 18, United

-8-

States Code, Section 921(a)(30). Accordingly, Title 18, United States Code, Section 924(c)(1)(B)(i) applies to Count Seven.

All in violation of Title 18, United States Code, Section 924(c)(1), and Title 18, United States Code, Section 2.

**COUNT EIGHT:** **Title 18, United States Code, Section 922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon**

On or about March 3, 2005, in Hampden County, in the District of Massachusetts,

**LUIS ZAYAS,**

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearms and ammunition:

1. Colt AR-15 Semiautomatic Assault Rifle (serial number SP308134)
2. Phoenix Arms .25 Caliber Pistol (serial number 3174623)
3. Taurus International .45 Caliber Pistol (serial number NUJ96968)
4. 12 gauge Remington Shotgun Shell
5. American Eagle .25 caliber ammunition
6. Smith and Wesson .40 caliber ammunition
7. Remmington .223 caliber ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One, Three, Four, Five, and Six of this Indictment,

**LUIS ZAYAS,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including, but not limited to, the following:

    (a) $1,602.00 in United States Currency;
    (b) 2001 Chevrolet Silverado Pick-up truck, VIN 1GCEK19V41E215437

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the Court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _____March 24_____, 2005

Returned into the District Court by the Grand Jurors and filed.

_____ 5:55 p.m.
DEPUTY CLERK OF THE COURT

12