UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action: |
| ) | O5-MJ 619 |
| EDDIE MATOS, ) | |
| Defendant ) | |

### DEFENDANTS MOTION TO CONTINUE CONFERENCE DATE

Now comes the Defendant, Eddie Matos, and does hereby respectfully request that this Honorable Court allow the Defendant's motion to continue the conference date which is currently scheduled for May 18, 2005.

As grounds for said request the Defendant does state through his counsel, Attorney Perman Glenn, III, that Attorney Glenn will not be able to attend said conference date because he will be in Boston until May 19, 2005 for an MCLE conference.

The Defendant does respectfully request that said conference be continued to May 30, 2005 or another date which is conducive to the court's scheduling.

Respectfully Submitted,
Eddie Matos,

By his attorney: _____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
413-734-9955

May 13, 2005