

Law Offices of
# PERMAN GLENN, III

Perman Glenn, III*  　　　　A Professional Corporation　　　　Nancy C. Snyder
*Also admitted in Louisiana

May 18, 2005

Leonides Ramos
310 Stafford Street
Springfield, MA 01104

RE:   **United States v. Eddie Matos**
　　　**Criminal No: 05CR30012**

Dear Mr. Ramos:

　　　Enclosed please find correspondence which my office forwarded to you some time ago. As you are aware, this office represents Mr. Eddie Matos regarding pending criminal charges. The United States Court requires that I advise you of Mr. Matos' criminal charges and ask that you sign under the pains and penalties of perjury that you are in fact aware of such charges. Again, I would like to request that you sign the document enclosed and return it to my office at your earliest convenience.

　　　Please feel free to contact myself at the number above or Mr. Tollan Gladden at (413) 785-0254 regarding any of these issues.

　　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　　Perman Glenn, III


Enclosure
cc:　Paul Smyth, AUSA (w/out attachments)
　　　United States District Court Clerk's Office (with attachments) ✓
　　　Tollan Gladden (w/out attachments)

1163 Main Street • Springfield, MA 01103 • (413) 734-9955 • FAX (413) 734-1255
E-mail: permanlaw@aol.com



Law Offices of
# PERMAN GLENN, III

Perman Glenn, III*  
*Also admitted in Louisiana

A Professional Corporation

Nancy C. Snyder

April 14, 2005

Leonides Ramos  
310 Stafford Street  
Springfield, MA 01104

RE:  Eddie Matos

Dear Mr. Ramos

    Please be advised that this office represents the legal interest of Mr. Eddie Matos. As per the Order of Magistrate Judge Kenneth P. Neiman, I am to advise you and your office of Mr. Matos' pending criminal charges. Mr. Matos has been charged with the following alleged crimes:

9. Possession with Intent to Distribute Crack Cocaine
10. Distribution of Crack Cocaine
11. Conspiracy to Distribute and Possess with Intent to Distribute Cocaine
12. Possession with Intent to Distribute Marijuana
13. Conspiracy to Distribute and Possess with Intent to Distribute Marijuana
14. Possession of a Firearm in Furtherance of a Drug Trafficking Crime
15. Possession of a Firearm and Ammunition by a Convicted Felon
16. Aiding and Abetting.

    I would like to reiterate that Mr. Matos has not been convicted of these charges as they are still just allegations against Mr. Matos. I will be working diligently on Mr. Matos' legal behalf.

    The Court would also like to verify that you are aware of the charges against Mr. Eddie Matos and wants you to sign below indicating that you are aware of his charges.

Page 2 - Matos, Eddie

Signed under the pains and penalties of perjury.

_____
Leonides Ramos

After signing, please return this document to my attention in the self addressed stamped envelope which I have provided for your convenience.

Should you have any questions or concerns, please do not hesitate to call me directly, or you may contact Mr. Tolland Gladden at (413) 785-0254 located at 1550 Main Street, Springfield, MA.

Sincerely,

Perman Glenn, III

cc:   Paul Smyth, AUSA
      Tolland Gladden

PG3/rmc