UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Criminal No. 05-CR-30012-MAP
)
v. )
)
EDDIE MATOS )
    Defendant. )

**DOCKETED**

## GOVERNMENT'S MOTION TO STRIKE DISCOVERY LETTER OF EDDIE MATOS DATED MAY 23, 2005

Now comes the United States of America by and through its undersigned attorneys and hereby moves that the Court strike Defendant Eddie Matos' discovery letter and enter an Order requiring his attorney to comply with L.R. 116.3 The government relies on the following in support thereof.

The defendant by and through his attorney filed a discovery letter dated May 23, 2005 which is three pages long and contains 12 numbered paragraphs many of which have multiple requests. The letter is actually a wide ranging discovery motion copied to letterhead. The entire letter violates both the letter and spirit of L.R. 116.

On March 28, 2005 the defendant elected to participate in automatic discovery. Pursuant to L. R. 116.3 (D) "A defendant participating in automatic discovery must not request information expressly required to be produced under L.R.116.1; all such information is by these Local Rules deemed ordered by the court to be produced."

1

The letter is obviously a boilerplate discovery motion which has been reformatted in the form of a letter. Discovery motions can only be filed under the Local Rules when the government has declined to produce discovery materials and counsel have conferred in an attempt to narrow the areas of disagreement. L.R. 116.3(E) and (F).

Therefore, the government requests that the Court strike the defendant's May 23, 2005 letter and order counsel to comply with the Local Rules. If the Court denies this motion, the government requests 14 days from the entry of that order within which to respond to the letter.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: _____
    PAUL HART SMYTH
    Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.

                              Springfield, Massachusetts
                              May 26, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Perman Glenn, at 1163 Main Street, Springfield, MA.

3

_____
PAUL HART SMYTH
Assistant U.S. Attorney

4