```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.            ) | CRIMINAL NO. 05-cr-30012-MAP |
| ) | |
| ) | |
| LUIS ZAYAS,         ) | |
|   and            ) | |
| EDDIE MATOS         ) | |
|   Defendants.       ) | |

### THE GOVERNMENT'S AND THE DEFENDANT'S STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Mark Mastroianni, counsel for Luis Zayas, and counsel for Perman Glenn, Attorney for Eddie Matos, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

   1.   The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

   2.   The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States to the defendant.  Both defendants have requested additional discovery, and the government has responded to their respective requests.  The parties are currently engaged in resolving the discovery requests.  The government has requested reciprocal discovery

pursuant to Fed.R.Crim.P. 16(B)(1)(C).

    3.   The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

    4.   The parties agree that the time from arraignment, March 3, 2005, through the initial status date, May 28, 2005 is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

    5.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

    6.   The parties agree that it is premature to establish a final status conference at this time.

    7.   Attorney Perman Glenn has reviewed the above document and agreed to the above listed terms and conditions.  Attorney Mastroianni has not yet assented to the terms of this report.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

            By:  /s/ Paul Hart Smyth
                  _____
                  Paul Hart Smyth
                  Assistant U.S. Attorney


                  /s/ Perman Glenn
                  Perman Glenn, Esq.
                  Counsel for Eddie Matos

```
                              Mark Mastroianni, Esq.
                              Counsel for Luis Zayas
```