UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30012-MAP |
| | ) | |
| LUIS ZAYAS and | ) | |
| EDDIE MATOS, | ) | |
| Defendants | ) | |

INITIAL STATUS REPORT
June 3 , 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day with respect to Luis Zayas, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Status Conference for July 13, 2005.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge