```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )      Criminal No. 05-30012-MAP
                            )
                            )
        v.                  )
                            )
   LUIS ZAYAS               )
        Defendant.          )
```

## MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government has provided a copy to Mark Mastroianni, counsel for Defendant.

1.  The Government has provided or made available all of its discoverable information. There are no outstanding discovery requests from the Defendant in this case. The Defendant has not provided any discovery to the government.

2.  The parties do anticipate additional discovery as the result of future receipt of information. The additional discovery is to include, but is not limited to, any agreements that government enters into with its cooperating witness, and a copy of the federal indictment against the cooperating witness.

3.  The defendants do not intend to raise a defense of insanity or public authority.

4.  The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5.  The Defendant has not yet filed but may file, a motion

to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6. The parties request this Court to set a date for Defendant's motion to suppress to be filed.

7. The parties are currently engaging in plea negotiations.

8. The parties agree that there are periods of excludable delay. The parties agree that the time from May 31, 2005, the preceding status date, until the present should be excluded pursuant to both the Defendant's and the government's discovery requests and the ongoing negotiations between the government and counsel.

Therefore, as of the day of the Status Conference on June 30, 2005, no time has run on the Speedy Trial clock.

9. In the event that a trial is necessary the trial will last approximately 5 days.

10. The parties are requesting a further date for final status due to counsel's inability to access discovery (electronic recordings). This discovery factors significantly in the Defendant's decision on how to resolve this case.

Filed this 29TH day of June, 2005.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

/s/ Paul Hart Smyth
PAUL HART SMYTH
Assistant United States Attorney


/s/ Mark Mastroianni
Mark Mastroianni, Esquire
Counsel for Defendant Zayas

/s/ Perman Glenn
Perman Glenn, Esquire
Counsel for Defendant Matos

3