```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
         v.                    )   CRIMINAL NO. 05-30012-MAP
                               )
LUIS ZAYAS                     )
     and                       )
EDDIE MATOS,                   )
     Defendants.               )
```

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161.  In support of this motion, the government is in the process of complying with the respective Defendants letters and/or motions for discovery.  In addition, Counsel request this time to review the discovery with the Defendants, and to further discuss the resolution of the case short of trial.

It is in the best interests of the Defendant, the government, and the public, to exclude the time from June 3, 2005 until August 31, 2005, from the period withing which the trial of this case must commence under the Speedy Trial Act.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney
```

Dated: July 11, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          July 11, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Mark Mastrioanni, 95 State Street, Springfield, MA.

                                        /s/ Paul Hart Smyth
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney


CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          July 11, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Perman Glenn, 1163 Main Street, Springfield, MA.

                                        /s/ Paul Hart Smyth
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney