UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>EDDIE MATOS,                          )<br>      Defendant                       ) | Criminal Action:<br>O5-MJ 619 |

### DEFENDANT, EDDIE MATOS, EMERGENCY MOTION TO CHANGE CONDITION OF RELEASE

Now comes the Defendant, Eddie Matos, through his counsel and does hereby respectfully request that the conditions of his release be modified to allow him to work at a full time rate. The Defendant is being offered a full time position to better help him maintain and care for his family. The position will be held at the Dunkin Donuts (#413-737-3026) located at St. James Avenue in Springfield, Massachusetts and he will be required to work between the hours of 6p.m. to 12a.m. The Defendant is respectfully requesting that the Court extend his current curfew from 8p.m. to 12:30 a.m. specifically on the dates of which his employment require.

                                  Respectfully Submitted,
                                  The Defendant
                                  By his attorney:

                                  _____
                                  Perman Glenn, III
                                  Law Offices of Perman Glenn, III
                                  1163 Main Street
                                  Springfield, MA 01103
                                  (413)734-9955

Dated: July 22, 2005