

Law Offices of
# PERMAN GLENN, III

Perman Glenn, III*
*Also admittted in Louisiana

A Professional Corporation

Nancy C. Snyder

August 15, 2005

United States District Court of MA
U.S. District Attorney's Office
Attn: Paul Smyth, AUSA
1550 Main Street
Springfield, MA 01103

RE:   United States vs. Eddie Matos
      Criminal No.: O5-MJ 619

Dear AUSA Smyth:

Please be advised that I have received Diagrams/Descriptions of which to look like some type of a floor plan bate stamped # 00089-00094. The diagrams/descriptions are not legible and are not clear. Please forward to my office a new set of copies which are clearly visible.

Should you have any questions or concerns, please do not hesitate to call.

Sincerely,

Perman Glenn, III

cc:   Mark Mastroianni, Esquire
      Clerk of Court

1163 Main Street • Springfield, MA 01103 • (413) 734-9955 • FAX (413) 734-1255
E-mail: permanlaw@aol.com