

*U.S. Department of Justice*

*United States Attorney
District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103*

August 19, 2005

Perman Glenn, III, Esq.
1163 Main Street
Springfield, MA 01103

Re:  <u>United States v. Luis Zayas & Eddie Matos</u>
     Criminal No. 05-cr-30012 -MAP

Dear Attorney Glenn:

In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following response to your discovery letter dated May 23, 2005.

1.  Since you have informed me that you were unable to access the recordings contained on the CDs which were provided by the government, the government has provided replacement CD recordings and cassette tapes. Please inform me whether you have successfully accessed these CDs and cassette recordings.

2.  Defendant Matos's image is captured in the November 30, 2004 surveillance video tape provided to you. Please make an appointment with ATF Special Agent James Martin to review this video recording. You can reach Martin at (413)785-0007.

3.  The government has provided all the audio tapes in its possession which contain Eddie Matos's voice.

4.  In November 2004, ATF SA Martin showed a color copy of the enclosed photograph of the Defendant to the cooperating witness. The cooperating witness viewed the photograph and indicated it displayed the individual he knew to be "Eddie," who dealt drugs with "Melo" [codefendant Luis Zayas]. In

1

      February 2005, ATF SA Martin showed the cooperating witness the Defendant's photograph which was previously supplied to you in automatic discovery. The cooperating witness confirmed that the photograph depicted the Defendant. To view the original photographs please make arrangements with ATF SA Martin.

5. & 6.   As stated in the government's automatic discovery letter, there were no oral, wire, or electronic communications of the defendant as defined in 18 U.S.C. § 2510 intercepted relating to the charges in the indictment.

7.   The government has provided a printout of the telephone numbers obtained through the government's pen registers relevant to the above captioned case. The government declines to unseal the application and orders since release of this information may jeopardize the ongoing investigation.

8.   The search warrant application, affidavit, and return have been provided without redactions.

9.   There were no mail covers in this case. The government has provided the only search warrants that were executed in this case. The undersigned Assistant U.S. Attorney does not understand the remainder of this request.

10.   See response #4. SA Martin did not write a report detailing the identification procedure. As such, he is uncertain as to the precise date on which he displayed the photographs to the cooperating witness. Martin does not know for certain whether other agents were present for these procedures. No lawyers were present.

11.   The government intends on calling ATF Agent Kurt Wheeler as an expert in the interstate nexus of firearms and ammunition. The government has already provided Wheeler's report to the Defendant.

12.   The government declines to provide Jencks Act material early but rather will provide those materials in accordance with 18 U.S.C. § 3500 and L.R. 116.

    I have also enclosed additional copies of the diagrams made of 37 & 38 Allendale Streets (six pages total). If you are not satisfied with this second set of copies please make an

appointment with ATF SA Brian Person in order to review the original diagrams (785-0007).

Please feel free to call me at (413) 785-0106 if you have any questions about the above information.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                             By:  /s/ Paul Hart Smyth
                                        PAUL HART SMYTH
                                        Assistant U.S. Attorney

Enclosures

cc:  Bethany Healy
     Courtroom Clerk
     Hon. Kenneth P. Neiman
     United States Magistrate Judge
     (w/o enclosures)

CERTIFICATE OF SERVICE

Hampden, ss.                       Springfield, Massachusetts
                                        August 23, 2005

I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Perman Glenn, at 1163 Main Street, Springfield, MA on August 19, 2005.