UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-30012-MAP |
| ) | |
| LUIS ZAYAS, ) | |
| and ) | |
| EDDIE MATOS ) | |
| Defendant. ) | |

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from August 31, 2005 until September 21, 2005.  In support of this motion, the Government states that the following:

1. The parties have had continued discussions regarding discovery issues.  For example, Attorney Glenn is to schedule an appointment with ATF Agent James Martin to review the video evidence against Eddie Matos.

2. Attorney Glenn and Attorney Mastroianni both request this time to review the discovery with the Defendants, and to further discuss the resolution of the case short of trial.

3. Attorney Mastroianni was unable to attend a scheduled status conference on August 31, 2005 because he was on trial in Hampden Superior Court.

It is in the best interests of the Defendant, the

government, and the public, to exclude the time from August 31, 2005, until September 21, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By:  /s/ Paul Hart Smyth
                                    _____
                                      Paul Hart Smyth
                                      Assistant U.S. Attorney

Dated: September 13, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts

                                            September 13, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Mark Mastroianni, 95 State Street, Springfield, MA, and to Attorney Perman Glenn, 1163 Main Street, Springfield, MA.

                                        /s/ Paul Hart Smyth
                                        Paul Hart Smyth
                                        Assistant U.S. Attorney