UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) Criminal Action:
) 05-MJ 619
EDDIE MATOS, )
      Defendant )

### DEFENDANTS EMERGENCY MOTION TO CONTINUE HEARING DATE

Now comes counsel for Defendant, Eddie Matos and does hereby respectfully request that this Honorable Court allow the Defendant's emergency motion to continue the hearing date which is currently scheduled for November 9, 2005 at 4:00p.m.

As grounds for said request counsel for Defendant, Perman Glenn, III does state that Attorney Glenn will not be able to attend said hearing date because he will be in Pensacola, Florida until November 15, 2005 for a death in the family.

Counsel for Defendant does respectfully request that said conference be continued to another date which is conducive to the court's scheduling.

                                              Respectfully Submitted,

                                              Perman Glenn, III
                                              Law Offices of Perman Glenn, III
                                              1163 Main Street
                                              Springfield, MA 01103
November 4, 2005                         413-734-9955

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.  )<br>)<br>EDDIE MATOS, )<br>    Defendant )  | Criminal Action:<br>05-MJ 619 |

### AFFIDAVIT OF ATTORNEY

1. My name is Perman Glenn, III.

2. I am a licensed attorney in the Commonwealth of Massachusetts.

3. I am attorney for the Defendant, Eddie Matos in the above captioned matter.

4. I have respectfully requested that a protect order be granted on my behalf between the dates of November 7, 2005 through November 15, 2005. I am flying to Florida on November 5, 2005.

5. I must travel to the State of Florida on November 7, 2005 through November 15, 2005 to be with my family. My aunt has died in the State of Florida on November 3, 2005. It is important to both my family and I that I am present in Florida at this time to participate in the funeral arrangements and to be with my family at this important time.

6. I have informed my client of these unfortunate circumstances.

                Respectfully Submitted,
                Eddie Matos,

      By his attorney:   *PG III*
                Perman Glenn, III
                Law Offices of Perman Glenn, III
                1163 Main Street
                Springfield, MA 01103
November 4, 2005         413-734-9955