UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Indictment No: 05CR30012 |
| ) | |
| EDDIE MATOS, ) | |
| Defendant ) | |

## MOTION FOR FINAL STATUS CONFERENCE

Now comes counsel for Eddie Matos and informs the court that a request to continue this matter for Final Conference will be made today at the scheduled hearing at 12:30p.m.

There remain issues that counsel and client need to discuss prior to deciding whether to proceed forward to trial and/or plead guilty to the indictments.

Additionally, the Defendant wishes to keep his case on a similar track as his co-defendant, Luis Zayas. The co-defendant's case has been continued to December 13, 2005 at 2:00p.m. for Final Status Conference.

Counsel has been in discussions with the Government regarding a possible disposition of the indictments charged and further time may result in a change of plea.

Respectfully Submitted,

_____
Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955

November 17, 2005