UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    Criminal No. 05-30012-MAP
                            )
                            )
        v.                  )
                            )
LUIS ZAYAS,                 )
and                         )
EDDIE MATOS,                )
        Defendants.         )

<u>MEMORANDUM PURSUANT TO LOCAL RULE 116.5</u>

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government has provided a copy to Attorney Mark Mastroianni, counsel for Defendant Zayas, and Attorney Perman Glenn, counsel for Defendant Matos.

1. The Government has provided or made available all of its discoverable information. There are no outstanding discovery requests from the Defendant in this case. The Defendants have not provided any discovery to the government.

2. The parties do not anticipate additional discovery as the result of future receipt of information.

3. The Defendants do not intend to raise a defense of insanity or public authority.

4. The Government has requested notice of alibi by the defendants and there has been no response by either Defendant.

5. The Defendants have not yet filed but may file, a

motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6. The parties request this Court to set a date for pretrial conference and a schedule for the Defendants' motions to be filed.

7. The parties have discussed resolving this case prior to trial. It is premature to announce the Defendants' intentions at the present time.

8. The parties agree that there are periods of excludable delay. The parties agree that the time from September 21, 2005, until the status hearing on December 13, 2005 should be excluded for reasons of continuity of counsel. In addition, the Defendants have needed this time to review whether pretrial motions would be filed.

Therefore, as of the day of the Status Conference on December 13, 2005, no time has run on the Speedy Trial clock.

9. In the event that a trial is necessary the trial will last approximately 5 days.

10. A date convenient with the Court should be established for Pretrial Conference.

Filed this 13TH day of December, 2005.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney

_____
Paul Hart Smyth
Assistant United States Attorney

_____
Mark Mastroianni, Esquire
On behalf of Defendant Zayas

_____   12-13-05
Perman Glenn, Esquire
On behalf of Defendant Matos

3