UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action: |
| ) | O5-30012-MAP |
| EDDIE MATOS, ) | |
| Defendant ) | |

### DEFENDANT'S SUPPLEMENTAL MEMORANDUM PURSUANT TO LOCAL RULE 116.5

    Now comes the Defendant, Eddie Matos, through his attorney and does hereby submit the following supplemental memorandum pursuant to Local Rule 116.5. Specifically the Defendant does wish to address the Government's Memorandum Pursuant to Local Rule 116.5 which was filed with this Honorable Court on December 13, 2005.

    The Government's Memorandum pursuant to Local Rule 116.5 specifically states in Paragraph Number One: "The Government has provided or made available all of its discoverable information. There are no outstanding discovery requests from the Defendant in this case. The Defendants have not provided any discovery to the government." (See Government's Memorandum). The Defendant would like to take this opportunity to raise the fact that while the government has provided his attorney with all of it's discovery in this matter, the Defendant through his attorney has informed the Government that much of the audio visual discovery provided to his attorney has not been accessible. Not only has the audio visual discovery been difficult to access, in the few times it has been accessible, the quality of the material on said audio visual discovery has been so poor that the Defendant and his counsel have been unable to determine what they were watching and/or hearing.

    The Defendant through his counsel did raise the foregoing issue with the Government in a letter to AUSA Paul Smyth on May 23, 2005. The Government has responded with providing the exact same discovery which has presented the same issues of being difficult to access and of very poor quality.

    The Defendant does hereby respectfully submit this Supplemental Memorandum pursuant to Local Rule 116.5 and does hereby respectfully request that this Honorable Court make note of the issue raised by the Defendant herein.

    Respectfully Submitted
The Defendant
By His Attorney,

_____
Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955

December 13, 2005