UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> )<br> )<br>v. )<br> )<br> )<br>LUIS ZAYAS and EDDIE MATOS, )<br>                    Defendants ) | Criminal No. 05-30012-MAP |

FINAL STATUS REPORT
February 1, 2006

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for March 9, 2006, at 3:30 p.m. in Courtroom I. Defendants will inform the court at that time whether they intend to file any dispositive motions. The parties estimate that a trial, if necessary, will take approximately five days.

3. Defendants do not intend to raise defenses of insanity or public authority.

4. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. The parties will be filing a motion with regard to the Speedy Trial clock between today and March 9, 2006.

5. There are no other matters relevant to the progress or resolution of the case.

                              /s/ Kenneth P. Neiman

                                        KENNETH P. NEIMAN  
                                      U.S. Magistrate Judge