UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )   Criminal Action:
)   05-30012-MAP
EDDIE MATOS, )
     Defendant )

## ASSENTED TO EMERGENCY MOTION TO CONTINUE HEARING

Now comes Counsel for the Defendant and requests that the Hearing scheduled for today, March 9, 2006 before the Honorable Judge Ponsor be continued. As grounds thereof, counsel states that on or about Tuesday, March 7, 2006 the Defendant, Eddie Matos was admitted to Baystate Medical Center for an emergency surgery of his appendicitis. Counsel states that the Defendant, Eddie Matos was just recently released from hospital care and is unable to attend such hearing.

Defendant also seeks to have this hearing continued as he wishes to be in attendance for each and every scheduled hearing. Defendant would like to state that he wishes to continue such matter as he has been actively involved in the defense of his case and desires to be present at all scheduled court hearings.

Counsel respectfully seeks to have this matter continued to a date convenient with the court.

Respectfully Submitted,

Dated: March 9, 2006

_____
Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255
BBO No.: 553724

Assented to: _____