```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
              v.                )  CR NO. 05-30012-MAP
                                )
LUIS ZAYAS and EDDIE MATOS      )


                    ORDER OF TRANSFER

                      March 10, 2006

PONSOR, D.J.

    Due to an unusually heavy criminal docket at this time, a significant risk exists that the court will be unable to dispose of this case within the timelines established by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. For this reason, pursuant to Local Rule 40.1 (F), the court hereby orders that this case be transferred to the Clerk in Boston to be randomly re-drawn in the Eastern or Central Division.

    For the information of the judge who eventually draws the case, all preliminary proceedings before the Magistrate Judge have been completed pursuant to Local Rule 116.5, and 70 days remain on the Speedy Trial clock according to the Final Status Report issued on February 1, 2006 and the Order of Excludable Delay issued on February 3, 2006 (Dkt. Nos. 52 & 53). The case is ready for a pretrial conference pursuant to Local Rule

117.1 as soon as a new district court judge is assigned.

It is So Ordered.

_/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
United States District Judge