# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   CR 05-30012

Title:   United States v. Luis Zayas et al

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge   Michael A. Ponsor   has been reassigned to Judge Nancy Gertner   for all further proceedings following entry of Judge Ponsor's Order of Transfer on March 10, 2006.  From this date forward the case number on all pleadings should be followed by the initials NG .

You may contact Judge Gertner's Courtroom Deputy Clerk, Maryellen Molloy at 617-748-4870  or Docket Clerk, Jennifer Filo at 617-748-4871 for information regarding scheduling.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ *Virginia A. Hurley*
Deputy Clerk

Date:  3/18/06

Note:   Attached to this Notice of Reassignment is a recent Notice from the Clerk of Court regarding amendments to the Local Rules mandating the use of the Court's Electronic Filing System.

Copies to:   Counsel