UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.     ) | NO.  05-30012 NG |
| ) | |
| LUIS  ZAYAS,   ) | |
| EDDIE MATOS   ) | |

**PROPOSED SCHEDULING ORDER**

    The parties herein named and identified agree to a proposed scheduling order as follows; date for filing of Motions to Suppress 6/5/06 - suggested general target date for Hearing on Motions 6/27/06 - suggested general target date of trial 7/31/06

    These dates are proposed suggestions only as general target dates which the parties have agreed to. The parties will await the specific scheduling order of the court.

Respectfully submitted

THE DEFENDANT
Luis Zayas

BY: /s/ Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084


BY: /s/ Perman Glenn III (agreement & assent)
Attorney for Eddie Matos
By: MGM


BY: /s/ Paul Smyth (agreement & assent)
Assistant United States Attorney
By: MGM

CERTIFICATE OF SERVICE

    I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, United States District Court, 1550 Main Street, Springfield, MA. 01103 this 14th day of April 2006.

                                                            /s/ Mark G. Mastroianni