UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 05-30012-MAP |
| ) | |
| LUIS ZAYAS, ) | |
| and ) | |
| EDDIE MATOS, ) | |
|     Defendants. ) | |

## MOTION FOR A CONTINUANCE
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to continue this case for a status date until a date convenient for the Court in either September or October.

In support of this motion the government states the following:

1. District Court Judge Ponsor transferred this case from the Western Division to the Boston Division on March 13, 2006. In the past six months, the undersigned assistant U.S. Attorney ("AUSA") has had at least eight cases transferred from Springfield to Boston. Due to competing caseload obligations, the undersigned AUSA requested assistance with some of the case transferred to Boston. AUSA James Lang, Chief of the Major Crimes Unit, agreed to assign the above-captioned case to an AUSA who was assigned to the Boston Office. However, AUSA Lang does not supervise an AUSA who would be available to respond to the defendants's motions and to argue the government's opposition on

June 28, 2006.  The undersigned AUSA is similarly unavailable.

    2.   Defendant Matos has yet to file his motions in part due to Attorney Perman Glenn's competing case obligations and personal matters.   Attorney Glenn's grandfather recently passed away, causing Attorney Glenn to be away for a week in May 2006.

    Both Attorney Glenn, counsel for Eddie Matos, and Attorney Mark Mastroianni, counsel for Luis Zayas, assent to this request to continue this case for an evidentiary motion date until a date convenient for the Court in either September or October.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:   /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney