UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDDIE MATOS, )<br>        Defendant )  | Criminal Action:<br>05-30012-NG |

## DEFENDANT'S MOTION TO CLARIFY EVIDENTIARY HEARING DATE

    Now comes Attorney Perman Glenn, III, counsel for the Defendant, Eddie Matos and does hereby respectfully request that the evidentiary hearing date scheduled for October 4, 2006 be continued to a later date. As grounds for this request Attorney Glenn does state that he is scheduled for trial in Springfield District Court on October 4, 2006. The trial in Springfield District Court has been continued several times due to the serious nature of the charges; however counsel has been informed that no further continuances would be granted. The trial in Springfield District Court concerns the <u>Commonwealth v. Juan Marin</u>, Docket #: 0423CR000922 and does involve allegations of indecent assault and battery on a child. There is no indication that this matter will be resolved without a trial; hence counsel will be in trial on October 4, 2006 in this matter.

    On the basis of the foregoing, counsel does hereby respectfully request that the evidentiary hearing in the above referenced matter be continued to another date.

                                                    Respectfully Submitted
                                                    The Defendant by his Attorney,

Dated: June 22, 2006                                _____
                                                     Perman Glenn, III
                                                     Law Offices Of Perman Glenn, III
                                                     1163 Main Street
                                                     Springfield, MA 01103
                                                     (413) 734-9955
                                                     FAX: (413) 734-1255