UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )                            Criminal Action:
)                            O5-30012-MAP
)
EDDIE MATOS, )
         Defendant )

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to travel outside of the Commonwealth. The Defendant request that he be allowed to travel to Quasi Amusement Park in Middlebury, Connecticut on June 24, 2006 between the hours of 12 p.m. - 10 p.m. with his family to celebrate recent family graduates.

Currently, the Defendant is subject to a restriction to travel only in the Commonwealth. The Defendant wishes to have his restriction removed in order for the Defendant to spend time with his family and children and be an active role while they are visiting the amusement park located in Connecticut.

The Defendant has spoken with Pre-Trial Service offices, specifically Mr. Gladden and there is no objection to the Defendant's modification request.

Respectfully Submitted
The Defendant by his Attorney,

Dated: June 22, 2006                    /S/Perman Glenn, III
                                        Perman Glenn, III
                                        Law Offices Of Perman Glenn, III
                                        1163 Main Street
                                        Springfield, MA 01103
                                        (413) 734-9955
                                        FAX: (413) 734-1255