## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Criminal Action No.: 05-30012** |
| | ) |
| **EDDIE MATOS** | ) |

*FILED IN CLERKS OFFICE*
*2006 JUN 19 P 1: 48*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

## MOTION TO SUPPRESS STATEMENTS

The Defendant, EDDIE MATOS, moves this Honorable Court for an order suppressing as evidence any and all statements, whether oral, recorded, or written, taken from Defendant by any law enforcement officials, representatives of the United States Government, or anyone acting on their behalf, at any time following the Defendant's arrest by the Springfield Police Department and subsequent interrogation by local, state, and federal authorities, on or about March 3, 2005. This motion is made on the following grounds:

1.   Such statement or statements were obtained in violation of the Defendant's privilege against self-incrimination and Defendant's right to counsel, as guaranteed by the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution;

2.   The statement obtained by law enforcement officials on or about March 3, 2005, was made under duress and therefore was not voluntary.

3.   False promises of leniency were made in order to induce the Defendant to make certain statements.

4.   The evidence of statements made by the Defendant was not preserved in any way such as being taped or recorded.

5.   The Defendant states that although he signed the statement dated March 3, 2005, he did not read it thoroughly and he does not adopt all of its contents.

As reasons therefore, the Defendant has attached a Memorandum in Support and an Affidavit in Support.

Respectfully submitted,
EDDIE MATOS
By His Attorney:

Perman Glenn, III
1163 Main Street
Springfield, MA  01103
(413) 734-9955
BBO#: 553724

Date:    June 16, 2006