UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30012 |
| | ) |
| EDDIE MATOS | ) |

### AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS ORAL/WRITTEN STATEMENT

1. My name is Eddie Matos and I am the defendant in the above entitled matter.

2. On March 3, 2005, I was stopped sometime around 9 or 10 in the morning by the North End McDonald's by the church.

3. I was arrested and put in the back of a cruiser by regular cops. The regular cops kept telling me, "don't fuck around and to cooperate with the feds."

4. Then the regular cops put me in a Ford Explorer. In the Ford Explorer there were two feds. One big guy who was the driver and then one other guy in the back with me. The big guy was being an asshole. He was being rough and aggressive. He kept yelling at me.

5. When the feds started questioning me, I told them I plead the fifth. I even counted on my hand, 1...2...3...4...5 and showed the officers and said, "I plead the fifth". After I told them I was pleading the fifth, the big guy driving got mad and made a motion with his fist like he wanted to hit me. He had a remote or something in his hand, maybe for his navigation system. I thought he was going to hit me.

6. I kept telling them I plead the fifth and didn't want to give a statement. They kept asking me to make a statement and tell them everything. They kept telling me I was being really stupid and I wasn't thinking about my kids or my family and that they had me no matter what. They told me I would go to jail for a long time, for 30 years. I was crying and told them I did not want to give a statement.

7. I kept shut until another guy came to the car and told me "Zayas was taking responsibility for the whole thing". A little while later another guy came to the car and started telling me that "I had a good friend, that Zayas copped to everything in my house being his, and that they know I had nothing to do with this. The officer said that Luis has told them he knew he was going to be raided so he put everything in my house without me knowing. They told me I

would be fine and I would come out with probation. They said they were not here after me that they were after Zayas and to just tell them everything about Zayas.

8. I was crying and high. I had just right before they pulled me over, finished smoking a fat bat, was like a $40 L. It was top shelf, some good weed. Purple Haze. I was blasted – I had smoked a whole Dutch it was like 6 inches long. My head was spinning, I was panicked.

9. They told me all I had to do was sign a statement telling them everything. They wrote it in the explorer and had my sign it. Then they had me sign my initials on a couple of mistakes they made. I never read the statement before signing it. First off I was high, and second I figured they would put what was said word for word on paper.

10. I didn't find out till I was in jail that they took advantage by writing stuff I didn't say and didn't write what really happened.

11. I have read this affidavit over several times before signing it.

Signed under the pains and penalties of perjury this 16th day of June 2006.

_____
Eddie Matos