UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDDIE MATOS, )<br>    Defendant )<br>) | Criminal Action:<br>O5-30012-NG |

## RE-NEWED MOTION TO MODIFY CONDITIONS OF RELEASE

    Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to travel outside of the Commonwealth. The Defendant request that he be allowed to travel to Lake Compounds Amusement Park in Bristol, Connecticut on July 23, 2006 between the hours of 10a.m. - 10 p.m. with his family to celebrate recent family achievements.

    Currently, the Defendant is subject to a restriction to travel only in the Commonwealth. The Defendant wishes to have his restriction removed in order for the Defendant to spend time with his family and children and be an active role while they are visiting the amusement park located in Connecticut.

    The Defendant has clarified with his attorney that he has spoken with Pre-Trial Service offices, specifically Mr. Gladden and there is no objection to the Defendant's modification request.

                                                     Respectfully Submitted
                                                     The Defendant by his Attorney,

Dated: July 20, 2006　　　　　　　　　　/S/Perman Glenn, III
　　　　　　　　　　　　　　　　　　　Perman Glenn, III
　　　　　　　　　　　　　　　　　　　Law Offices Of Perman Glenn, III
　　　　　　　　　　　　　　　　　　　1163 Main Street
　　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　　(413) 734-9955
　　　　　　　　　　　　　　　　　　　FAX: (413) 734-1255