# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>EDDIE MATOS, )<br>     Defendant ) | Criminal Action:<br>O5-30012-NG |

### RE-NEWED MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to travel outside of the city of Springfield to Boston. The Defendant request that he be allowed to travel to Children's Hospital Boston, specifically the Cardiology Pre-Cath Clinic between the hours of 5a.m. - 10 p.m. on August 23, 2006. On said date, Mr. Matos's daughter, Amaya, is scheduled to undergo an outpatient cardiac catheterization at said hospital.

Currently, the Defendant is subject to a restriction to travel only in Hampden County. The Defendant wishes to have his restriction removed in order for the Defendant to be with his daughter as she undergoes this important medical procedure.

A copy of the appointment scheduling for Mr. Matos' daughter has been attached hereto.

Respectfully Submitted
The Defendant by his Attorney,

Dated: July 27, 2006

/S/Perman Glenn, III
Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255

**Childrens Hospital Boston**
Department of Cardiology

**HARVARD MEDICAL SCHOOL**
Department of Pediatrics

Children's Hospital Boston
300 Longwood Avenue
Boston, Massachusetts 02115
*phone* 617-355-7893 | *fax* 617-739-3784

June 20, 2006

38 Allendale Street
Springfield, Ma. 01107

Dear Ms Lesley Mendez,

Your Cardiologist has requested that **Amaya** be scheduled for an Outpatient Cardiac
Catheterization at the Children's Hospital in Boston.  This means that we do not plan for her
To stay overnight in the hospital unless there is a specific medical reason before
or after the catheterization.

Please report to the Cardiology Pre-Cath Clinic on Farley 2 room 252 at ~~8:30~~ 7:45 am on **Wednesday,
August 23, 2006.** *To facilitate the process, please bring this letter with you.*
Tests needed may include blood work, a urinalysis, chest x-ray, electrocardiogram, and
echocardiogram. The clinic nurse will give logistical details of where and when you should
report **Thursday, August 24, 2006** for the cath as well as what to expect after the cath.  You
should plan on spending at least four to six hours at Children's the day before the cath in order to
allow time for a complete and safe work up to take place. If your child has been exposed to
Chickenpox, or has a cold, cough or fever the week prior to your appointment, please call your
doctor or this office for advice on keeping or rescheduling your appointments.

If you have further questions about this appointment, please feel free to call me at
(617) 355-7672.  We look forward to seeing you on **Wednesday, August 23, 2006.**

Sincerely,

Linda Dumont
Cardiac Catheterization Coordinator