UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)<br>EDDIE MATOS,                                  )<br>         Defendant                              ) | Criminal Action:<br>05-30012-NG |

## AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to begin new employment with CNS Wholesalers at 53 Summit Lock Road, Westfield, Massachusetts. The Defendant's employment is scheduled to begin on August 29, 2006. The Defendant request that his curfew be amended so that he be permitted to work at CNS Wholesalers in Westfield, Massachusetts from 6:00 P.M. to 4:30 A.M.. Specifically CNS Wholesalers wants Mr. Matos to work from 8:00 a.m. to 6:30 p.m. to attend classes for the first week of his new job. Following the first week, CNS Wholesalers requires Mr. Matos to attend work from 6:00 p.m. to 4:30 a.m.. The Human Resource Manager of CNS Wholesalers can be reached at 413-564-2043.

In addition the Defendant would like to request that this Honorable Court release him from the requirement of having to wear an ankle bracelet. As grounds for this request the Defendant cites that as part of his new employment he is required to wear steal toe boots and that the ankle bracelet makes working in said boots quite uncomfortable.

On the basis of the foregoing, the Defendant does respectfully request that his conditions of release be modified accordingly.

Respectfully Submitted
The Defendant by his Attorney,

Dated: AUGUST 7, 2006

/S/Perman Glenn, III
Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255