UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action: |
| ) | 05-30012-NG |
| EDDIE MATOS, ) | |
| Defendant ) | |

### AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to travel outside of the city of Springfield to Boston. The Defendant request that he be allowed to travel to Boston, Massachusetts from August 22, 2006 through August 24, 2006. Mr. Matos will be traveling with his family to the Children's Hospital Boston, specifically the Cardiology Pre-Cath Clinic. On August 23, 2006, Mr. Matos's daughter, Amaya, is scheduled to undergo an outpatient cardiac catheterization at said hospital and while the procedure is an out-patient procedure, Mr. Matos and his wife prefer to stay near the hospital for at least 24 hours following the procedure to ensure that Amaya does not suffer from any complications and is not close to the hospital. The procedure is anticipated to take place early in the morning on August 23, 2006.

Currently, the Defendant is subject to a restriction to travel only in Hampden County. The Defendant wishes to have his restriction removed in order for the Defendant to be with his daughter as she undergoes this important medical procedure.

A copy of the appointment scheduling for Mr. Matos' daughter was previously provided to this court.

Respectfully Submitted
The Defendant by his Attorney,

Dated: AUGUST 7, 2006

/S/Perman Glenn, III
Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255