```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
          v.                  )    CRIMINAL NO. 05-30012-NG
                              )
                              )
  EDDIE MATOS,                )
                              )
          Defendant.          )
```

THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S AMENDED MOTION TO
MODIFY CONDITIONS OF RELEASE [D. 76]

The government, through the undersigned Assistant U.S. Attorney, does not oppose the defendant's motion to amend the Court's order of a curfew in order to maintain employment as long as officials from pretrial services are willing and able to verify that the defendant is indeed employed during the time periods at issue.

However, the government does object to this Court rescinding it's earlier decision to place a monitoring device on the defendant. The defendant faces a twenty-year mandatory minimum sentence if he is convicted in the above-captioned case. The need to keep a close rein on the defendant outweighs any discomfort caused by the actual monitoring device.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By:  /s/ Paul Hart Smyth
                            _____
                            Paul Hart Smyth
                            Assistant U.S. Attorney