UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30012 |
| | ) |
| EDDIE MATOS | ) |

## MOTION TO AMEND DEFENDANT'S MOTION TO SUPPRESS ORAL/WRITTEN STATEMENT

Now comes the defendant, EDDIE MATOS, and respectfully requests this Honorable Court allow him to amend his original filing seeking to suppress oral/written statements. The defendant wishes to amend by adding references to 18 U.S.C. §3501 relative to his allegations that his statement was not voluntary in nature.

Respectfully submitted,
EDDIE MATOS
By His Attorney:

By: /s/ Perman Glenn, III
1163 Main Street
Springfield, MA  01103
(413) 734-9955
BBO#:  553724

### CERTIFICATE OF SERVICE

I, Perman Glenn, III, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney Thomas Canwit, 1 Courthouse Way, Boston, MA 02210 this 10th day of October 2006.

/s/ Perman Glenn, III

Date:  October 11, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30012 |
| | ) |
| EDDIE MATOS | ) |

## AFFIDAVIT OF LESLEY MENDEZ IN SUPPORT OF MOTION TO SUPPRESS ORAL/WRITTEN STATEMENT

1. My name is Lesley Mendez and I am the girlfriend of Eddie Matos, the Defendant in the above entitled matter.

2. On March 3, 2005, Eddie Matos and I were stopped sometime around 9:00 or 10:00 in the morning by the North End McDonald's by the church.

3. On March 3, 2005, I witnessed the police yank Eddie Matos out of the vehicle in which he was in.

4. The Police put Eddie Matos into the cop car and then one of the officers instructed us to follow them behind the Greek Cultural Center.

5. I saw only two police officers dealing with Eddie Matos on March 3, 2005 at the time of his arrest.

6. They were screaming in his face. I could not hear what they were saying. It looked like the police were going to hit Eddie Matos.

7. I could see Eddie Matos in the car with his head down.

8. One of the two cops said to, "give him the keys to our apartment or he will knock the door down."

9. One of the cops told me to follow them back to 37-38 Allendale Street.

10. Eddie Matos was in the back seat of the truck at the time he arrived at Allendale Street.

11. Before the police traveled to Allendale Street with Eddie Matos the police were parked behind the Greek Cultural Center with Eddie Matos in the back seat. They were there for about 20-25 minutes.

12. Back at the house, the police were threatening me. They said I was going to go to jail for 30 years. They threatened Eddie, myself, and everyone present at the time who wasn't a police officer.

13. The police also told me that they knew everything was Luis Zayas' and not Eddie Matos'.

SIGNED AND SEALED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11TH DAY OF OCTOBER, 2006.

/S/LESLEY MENDEZ