# Law Offices of
# PERMAN GLENN, III

*A Professional Corporation*

Perman Glenn, III*
*Also admittted in Louisiana

Nancy C. Snyder

October 13, 2006

Thomas Kanwit, Esq.
1 Courthouse Way
Boston, MA

RE:   United States v. Eddie Matos
      Criminal Action No: 05-30012

Dear Attorney Kanwit:

    Please be advised that, unfortunately, in all of the commotion yesterday, I did not get a copy of the waiver form allegedly signed by Leslie Mendez. Could you kindly forward me a copy of said waiver. Please note, that I am also requesting that you provide me with any other documents, reports, waivers and/or any other documents that may be relevant to our Motion to Suppress Statements of Eddie Matos.

    Additionally, we would be amenable to attempt to resolve this matter. My client would accept responsibility and plea. However, he cannot plea to the guns. He would plea and proceed under the Safety Valve, if of course, we can get around the guns.

    Should you have any questions, concerns or comments, please feel free to contact my office. Thank you for your anticipated cooperation in this matter.

Sincerely,

/s/ Perman Glenn, III
Perman Glenn, III