UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30012 |
| | ) |
| EDDIE MATOS | ) |

---

**EMERGENCY REQUEST FOR APPOINTMENT OF COUNSEL AND MOTION TO CONTINUE**

---

      Now comes Lesley Mendez and does now hereby respectfully request that counsel be appointed to represent her in the proceedings for the above referenced matter.. On October 12, 2006, Ms. Mendez testified in court as a witness regarding a Motion to Suppress Statements, as it relates to Eddie Matos. The government presented certain documents that allegedly contained her signature. Ms. Mendez has denied the validity of said statements presented by the government and more specifically denied ever signing these documents. The government has subsequently subpoenaed her to appear in federal court to have her handwriting examined by an expert. At this stage this individual has potential Fifth Amendment privileges as well as other possible criminal liabilities. As a result, Ms. Mendez believes it is in her best interest to be represented by independent counsel. Ms. Mendez does now respectfully request that this Honorable Court appoint her independent counsel. Furthermore, Ms. Mendez does presently request that this matter be continued to a later date to allow her to consult with counsel. Specifically, Ms. Mendez understands that the next court date is expected to include handwriting exemplars.

Please find attached a financial statement reflecting her inability to pay for her own counsel.

                                              Respectfully submitted,

                                              /S/Lesley Mendez
                                              Lesley Mendez
                                              38 Allendale Street
                                              Springfield, MA
                                              413-736-1439

Date: October 17, 2006