## Law Offices of
# PERMAN GLENN, III

*A Professional Corporation*

Perman Glenn, III*
*Also admittted in Louisiana

Nancy C. Snyder

October 17, 2006

Thomas Kanwit, Esq.
1 Courthouse Way
Boston, MA

**DISCOVERY LETTER**

RE:   United States v. Eddie Matos
      Criminal Action No: 05-30012

Dear Attorney Kanwit:

    Please be advised that I am requesting that you please forward to me any and all documents in your possession that purport to contain the signature of Lesley Mendez, including the driver's license of Ms. Mendez. In addition, I am also requesting that you provide the date that said documents were received by any government officials or agents. A Similar request was made on October 13, 2006 when we requested a copy of the waiver form allegedly signed by Ms. Mendez.

Sincerely,

/s/ Perman Glenn, III
Perman Glenn, III