UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Criminal Action No. 05-30012 |
| ) | |
| **LUIS ZAYAS** and ) | |
| **EDDIE MATOS** ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES

Assistant United States Attorney Thomas E. Kanwit hereby notifies the Court and counsel for the defendants that he is representing the United States of America in this case and hereby requests that he be substituted for Assistant U.S. Attorney Paul Smyth in all notices and matters.

                Respectfully submitted,

                MICHAEL J. SULLIVAN,
                United States Attorney

By:   /s/ thomas e. kanwit
       Thomas E. Kanwit
       Assistant U.S. Attorney
       Joseph J. Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

October 20, 2006