ATTORNEY ASSIGNMENT REQUEST

Defendant:__Eddie Matos_____    Case & Defendant Number__03cr30012-NG__

Date of Appointment:_____    Appointed by:_____

Attorney Withdrawn_____    Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment__**X**_____    Information_____    Probation Revocation_____

Number of Defendants___two_____

Judge Code_____

Special Instructions:__Please assign counsel for witness - Lesley Mendez._____

_____

_____

_____

_____

　　　　　　　　　　　　　　　　　　　___/s/ JENNIFER FILO_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　Dated___11/2/2006_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]