UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30012 |
| | ) |
| EDDIE MATOS | ) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, EDDIE MATOS, and moves to modify the conditions of his release to allow him to meet with his attorney on November 6, 2006 from 1 o'clock p.m. to 5 o'clock p.m., in order to prepare and discuss his testimony in Boston.

Respectfully submitted,
EDDIE MATOS
By His Attorney:

By: /s/ Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
BBO#: 553724

CERTIFICATE OF SERVICE

I, Perman Glenn, III, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney Thomas Canwit, 1 Courthouse Way, Boston, MA 02210 this 3rd day of November 2006.

/s/ Perman Glenn, III

Date:   November 3, 2006