UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30012 |
| | ) |
| EDDIE MATOS | ) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

    Now comes the defendant, EDDIE MATOS, and moves to modify the conditions of his release to allow him to move from his current residence of 38 Allendale Street, Springfield, MA, to 53 Allendale Street, Springfield, MA. Defendant wishes to move his residence as of Monday, November 6, 2006.

                                              Respectfully submitted,
                                              EDDIE MATOS
                                              By His Attorney:

                                              By: /s/ Perman Glenn, III
                                              1163 Main Street
                                              Springfield, MA  01103
                                              (413) 734-9955
                                              BBO#: 553724

## CERTIFICATE OF SERVICE

    I, Perman Glenn, III, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney Thomas Canwit, 1 Courthouse Way, Boston, MA 02210 this 3rd day of November 2006.

                                              /s/ Perman Glenn, III

Date:  November 3, 2006