**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

November 5, 2006

Maryellen Molloy, Courtroom Clerk
  Honorable Nancy Gertner
J. Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

       Re: <u>United States v. Luis Zayas and Eddie Matos</u>
           Criminal No. 05-30012-NG

Dear Ms. Molloy:

    Last Friday, November 3, 2006, the Springfield clerk's office contacted the Federal Defender Office concerning Judge Gertner's November 2, 2006 order that counsel be appointed for witness Lesley Mendez in the above-entitled matter. An anticipation of Judge Neiman's appointment of our office, attached please find my appearance in the matter.

    Thank you for your assistance. Please feel free to call me with any questions you may have.

                                  Sincerely,

                                  /s/ Timothy G. Watkins
                                  Timothy G. Watkins
                                  Assistant Federal Defender

encl.

cc:  Counsel of Record (by ECF)

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                  ) | CRIMINAL NO. 05-30012-NG |
| ) | |
| LUIS ZAYAS                     ) | |
| EDDIE MATOS                 ) | |

NOTICE OF APPEARANCE ON BEHALF OF LESLEY MENDEZ

Assistant Federal Defender Timothy G. Watkins hereby files his appearance on behalf of Lesley Mendez, an interested person in the above-entitled matter.

```
                              LESLEY MENDEZ
                              By her attorney,


                              /s/ Timothy G. Watkins
                              Timothy G. Watkins
                                B.B.O. # 567992
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 5, 2006.

```
                              /s/ Timothy G. Watkins
                              Timothy G. Watkins
```