UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Criminal Action No. 05-30012-NG |
| ) | |
| ) | |
| LUIS ZAYAS and EDDIE MATOS, ) | |
| Defendants ) | |

APPOINTMENT OF FEDERAL DEFENDER
November 6, 2006

NEIMAN, C.M.J.

The financial inability of a witness (Lesley Mendez) in this matter to retain counsel having been established by the court, and the witness having requested appointment of counsel,

It is hereby ORDERED that the Federal Defenders Office for the District of Massachusetts be appointed, effective as of this day to represent said witness in this case until further order of the court.

IT IS SO ORDERED.

/s/ KENNETH P. NEIMAN
KENNETH P. NEIMAN
Chief Magistrate Judge