UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Criminal Action No. 05-30012 |
| | ) | |
| **LUIS ZAYAS** and | ) | |
| **EDDIE MATOS** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES

Notice is hereby given of the appearance of Assistant U.S. Attorney Thomas Kanwit as lead counsel for the government in this case.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ thomas e. kanwit
      THOMAS E. KANWIT

November 6, 2006