UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action: |
| ) | 05-30012-NG |
| EDDIE MATOS, ) | |
| Defendant ) | |

### AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to begin working a new shift for his employer, CNS Wholesalers at 53 Summit Lock Road, Westfield, Massachusetts. The Defendant's employer is now requiring the Defendant to work on Wednesdays instead of Fridays.

On the basis of the foregoing, the Defendant does respectfully request that his conditions of release be modified accordingly.

Respectfully Submitted
The Defendant by his Attorney,

Dated: November 29, 2006

/S/Perman Glenn, III
Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255