UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Criminal Action No. 05-30012 |
| ) | |
| **LUIS ZAYAS** and ) | |
| **EDDIE MATOS** ) | |

### STATUS REPORT[1]

    Pursuant to Local Rule 116.5, the parties hereby submit this Joint Memorandum to address issues relative to the progress of this case.

1. The parties have not reached any agreement as to a resolution of this case.  It appears likely that a trial, on at least the issue of the use of a firearm in furtherance of a drug trafficking crime, and perhaps on all charges, will be necessary.

2. By order of the Court dated April 26, 2006, all time between March 9, 2006 and the pretrial conference, which has not yet been held, was excluded.  By previous orders of Magistrate Judge Neiman, all prior time was excluded so ninety (90) days still remain after the date of the pretrial conference in which defendants must be tried.

3. The anticipated length of trial would be 8 days.

                    Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN, | LUIS ZAYAS, |
| United States Attorney | By his attorney |

---

[1] Counsel for the government was unable to reach Attorney Mastroiani, but believes that he would agree with the statements herein based on prior conversations.  Attorney Glenn was consulted as to the content of this report but has not yet reviewed it in final form.

| | |
|---|---|
|   /s/ thomas e. kanwit<br>THOMAS E. KANWIT,<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3271<br>BBO # 547251 | _____<br>MARK MASTROIANNI, Esq.<br>Suite 309<br>95 State Street<br>Springfield, MA 01103<br>(413) 746-4971 |

EDDIE MATOS
By his attorney


_____
PERMAN GLENN, III
1163 Main Street
Springfield, MA 01103
(413) 734-1255