UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )  )     V.                              )     Criminal Action No. 05-30012  )  **LUIS ZAYAS  and**           )  **EDDIE MATOS**                )  | |

### ASSENTED-TO MOTION FOR EXCLUSION OF TIME

At a status conference held January 8, 2007, counsel for the government was directed to file a motion to exclude from the operation of the Speedy Trial Act all time through the pretrial conference set for June 7, 2007 (presumably limited to that which was not already excluded). As noted in the status report filed with the Court, by previous order of the Court dated April 26, 2006, all time through the (then unscheduled) pretrial conference was excluded.

It is the government's position, therefore, that the Court has already excluded the time for which it has directed the government to file an additional motion. In the event that this understanding is incorrect, or if the Court wishes to reaffirm its prior order with greater specificity now that a date has been set for the pretrial conference, the government hereby moves, with the assent of defendants, for an order excluding all time from January 8, 2007 through June 7, 2007.[1]

---

[1] By order of the Court dated April 26, 2006, all time between March 9, 2006 and the pretrial conference, which has not

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN,
                              United States Attorney

                         By:  /s/ thomas e. kanwit
                              Thomas E. Kanwit
                              Assistant U.S. Attorney
                              Joseph J. Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100
```

---

yet been held, was excluded.  By previous orders of Magistrate Judge Neiman, all prior time was excluded so ninety (90) days still remain after the date of the pretrial conference in which defendants must be tried.