UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                             )<br>)<br>EDDIE MATOS,                                                        )<br>       Defendant                                            ) | Criminal Action:<br>05-30012-NG |

### AMENDED EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

    Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to begin working a new shift for his employer, CNS Wholesalers at 53 Summit Lock Road, Westfield, Massachusetts. The Defendant's employer is now requiring the Defendant to work on Tuesdays instead of Mondays.

    On the basis of the foregoing, the Defendant does respectfully request that his conditions of release be modified accordingly.

                                                                      Respectfully Submitted
                                                                    The Defendant by his Attorney,

Dated: January 16, 2007                              /S/Perman Glenn, III
                                                                 Perman Glenn, III
                                                                   Law Offices Of Perman Glenn, III
                                                                  1163 Main Street
                                                                   Springfield, MA 01103
                                                                  (413) 734-9955
                                                                  FAX: (413) 734-1255