UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30012 |
| | ) |
| EDDIE MATOS | ) |

## EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, EDDIE MATOS, and moves to modify the conditions of his release to allow him to attend his young child, Xavier Matos, age 2 surgery at Baystate Medical Center on March 1, 2007. He has been told to appear at 7:00 a.m. for his son's surgery.

The Defendant, Eddie Matos is requesting permission to attend his son's surgery.

Respectfully submitted,
EDDIE MATOS
By His Attorney:

By: /s/ Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
BBO#: 553724

CERTIFICATE OF SERVICE

I, Perman Glenn, III, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney Thomas Canwit, 1 Courthouse Way, Boston, MA 02210 this 28th day of February 2007

/s/ Perman Glenn, III

Date:   February 28, 2007