FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action: |
| ) | 05-30012-NG |
| EDDIE MATOS, ) | |
| Defendant ) | |

### AMENDED EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to attend his brother, Rafael Matos' wedding on March 24, 2007 in Hartford, Connecticut. Specifically, Mr. Matos requests that this Honorable Court permit him to be at 140 S. Street, Hartford, CT 06114 from the hours of 2:30 p.m. to 10:00 p.m. for the wedding. Details regarding the wedding may be obtained by calling 1-860-461-1537.

On the basis of the foregoing, the Defendant does respectfully request that his conditions of release be modified accordingly.

Respectfully Submitted
The Defendant by his Attorney,

Dated: March 19, 2007

Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255