UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action: |
| ) | 05-30012-NG |
| EDDIE MATOS, ) | |
| Defendant ) | |

### EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to attend the wake and funeral of Leonides Bacetti formerly of Hartford, CT. Ms. Bascetti recently passed away on Friday, March 30, 2007. Ms. Bascetti is the grandmother of Leslie Mendez, whom is the longtime companion of and mother to the children of the Defendant, Eddie Matos.

Permission is sought to attend the wake and funeral which are to be held on April 3, 2007 and April 4, 2007 at DeLeon Funeral Home located at 104 Main Street, Hartford, Connecticut. Defendant seeks permission to attend the wake from 4:00 p.m. to 10:00 p.m. on April 3, 2007. He requests that he be permitted to attend the funeral from 6:30 a.m. to 1:00 p.m. on April 4, 2007.

On the basis of the foregoing, the Defendant does respectfully request that his conditions of release be modified accordingly.

Respectfully Submitted
The Defendant by his Attorney,

Dated: April 2, 2007

Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255