UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Criminal Action No. 05-30012 |
| | ) | |
| **LUIS ZAYAS** and | ) | |
| **EDDIE MATOS** | ) | |

## UNITED STATES' MOTION FOR ADDITIONAL TIME

The United States hereby moves for a modest extension of the time in which to provide the so-called "21-day" material in advance of trial to defendants.

As grounds herefor, the government states that owing to the change in the location of the trial, responsibility for the trial has shifted back to the undersigned Assistant U.S. Attorney from AUSA Paul Smyth, who is in the Springfield branch of the U.S. Attorney's Office. AUSA Smyth has been negotiating with defense counsel in the post-suppression ruling phase of the case. Undersigned counsel has attempted to determine from AUSA Smyth and defense counsel exactly where those negotiations stand with only partial success. Counsel has not yet heard from Mr. Zayas' attorney, Mr. Mastorianni, and discussions with Mr. Matos' counsel, Mr. Glenn, have been inconclusive. Moreover, undersigned counsel has recently completed two trials and a complicated and very lengthy search warrant affidavit.

Further, it is likely that all or almost all of the material that would come within the scope of the government's 21-day responsibility has already been produced. The government will endeavor to make any further production required under the rules promptly, no later than close of business on Thursday, May 24, 2007. This is just three days after the deadline; given the likelihood that most material has already been produced, and that trial testimony is unlikely to begin before June 13, 2007, there is no prejudice to defendants.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN,
                    United States Attorney

By:   /s/ thomas e. kanwit
        Thomas E. Kanwit
        Assistant U.S. Attorney
        Joseph J. Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

May 21, 2007