# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No.: 05-30012 |
| | ) | |
| EDDIE MATOS | ) | |
|     Defendant | ) | |

## MOTION TO SCHEDULE A RULE 11 HEARING

Now comes the defendant, EDDIE MATOS, by undersigned counsel, to respectfully request of this court a hearing scheduled before it under Fed. R. Crim. P. 11.

On March 24, 2005 the defendant was indicted by grand jury on several counts. Defendant intends to plead guilty to the following counts: Count One, Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. § 841 (a) (1); Count Two, Distribution of Crack Cocaine in violation of 21 U.S.C. § 841 (a) (1); Count Four, Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. § 846; Count Five, Possession with Intent to Distribute Marijuana in violation of 21 U.S.C. § 841 (a) (1) and; Count Six Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of 21 U.S.C. § 846.  Furthermore, there has to date been no plea agreement reached with this defendant as to these counts.

Defendant intends to go to trial on Count Seven, Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924 (c) (1) (a). Please note that Counts Three and Eight are solely charged against defendant's co-defendant. Also, Mr. Matos speaks English.

Respectfully Submitted,

Eddie Matos,

By his attorney:          /s/ Perman Glenn, III
                          Perman Glenn, III
                          Law Offices of Perman Glenn, III
                          1163 Main Street
                          Springfield, MA 01103
May 23, 2007              413-734-9955