UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal Action No. 05-30012 |
| | ) | |
| LUIS ZAYAS  and | ) | |
| EDDIE MATOS | ) | |

### UNITED STATES' OPPOSITION TO REQUEST TO SEVER

### I. INTRODUCTION

The United States hereby opposes defendant Luis Zayas' Request for Severance, filed May 24, 2007.  Because the government intends to offer a highly redacted version of the statements of defendants, there is no confrontation clause issue under the analysis set out in Bruton v. United States, 391 U.S. 123 (1968).

### II. THE STATEMENTS

**A.     The Statement of Defendant Matos**

Eddie Matos' statement is appended hereto as Attachment A.  The redacted version that the government would offer at trial is Attachment B hereto.[1]  In relevant essence, Matos' statement says:

(i)     Matos knows Zayas ("Melo" or Luis);

(ii)    Matos let Zayas store guns and drugs at Matos' house;

(iii)   Zayas cooks cocaine into crack at Matos' kitchen;

(iv)   Matos has handled and possessed the .25 caliber pistol [found in the search in Matos' kitchen];

---

[1] Luis Zayas' statement is Attachment C; the redacted version is Attachment D.

    (v)    The one ounce of marijuana found next to the pistol in Matos' kitchen belonged to Matos; and

    (vi)    Sometimes Matos sells small quantities of marijuana.

The government intends to redact the portions that comprise (i), (ii) and (iii). The remaining portions of Matos' statement do not implicate Zayas and, therefore, there is no <u>Bruton</u> problem.

    **B.**    **<u>Zayas' Statement</u>**

In anticipation of any objection by Matos, or concern from the Court, regarding the reverse <u>Bruton</u> problem, i.e., whether Zayas' statement would prejudice Matos, the government would redact those portions of Zayas' statement which implicate Matos. In relevant portion, Zayas' statement says:

    (i)    The crack, marijuana, AR-15 semi-automatic assault rifle, the .25 caliber pistol and a .45 caliber pistol [found during the search in Matos' house] all belong to Zayas;

    (ii)    Zayas has a problem with a gang member and needed the guns for his protection;

    (iii)    Zayas bought 50 gms. of crack cocaine and one pound of marijuana;

    (iv)    Zayas and Matos drove down to Long Island, N.Y. to buy the drugs;

    (v)    Zayas smokes marijuana every day with Matos;

    (vi)    Zayas was selling [another person] crack; and

    (vii)    Zayas brought the guns and drugs to Matos' house [before the search].

The government intends to redact the portions corresponding to items (iv) and (v) and the reference to Matos in (vii). The remainder of his statement is either exculpatory of Matos or neutral. Therefore, there is also no <u>Bruton</u> problem regarding the use of a redacted version of

Zayas' statement at a joint trial.

### III.  ARGUMENT

Of course, it is anticipated that the Court will give an appropriate instruction to the jury that one defendant's statement may not be considered against the other defendant.  See, e.g., Crawford v. Washington, 541 U.S. 36 (2004).  Once such an instruction is given, there is no Confrontation Clause issue because the redacted statements are not "powerfully incriminating"of the other defendant; Bruton, 391 U.S. at 135; Richardson v. Marsh, 481 U.S. 200, 207 (1987).   "Statements that are incriminating only when linked to other evidence in the case do not trigger application of Bruton's preclusionary rule," United States v. Vega Molina, 407 F.3d 511, 520 (1st Cir. 2005)(allowing use of co-defendant's statement where names were replaced with non-specific pronouns).

In this case, the government is taking a very conservative approach by redacting anything which could be considered inculpating of the co-defendant.  As the Court can judge for itself, there are portions of the statements which the government could offer with redaction of only the name, but the government has chosen to redact the entirety of any such portions to ensure that the use of the statements is fair and without constitutionally impermissible prejudice.

"The federal system prefers joint trials of defendants who are indicted together in order to promote efficiency and  "serve the interests of justice by avoiding the scandal and inequity of inconsistent verdicts." United States v. Cartegena-Merced, 986 F.Supp.698, 702 (D.P.R. 11/19/97) (quoting Zafiro v. United States,  506 U.S. 534, 537 (1993)) . Severing trials because of unsupported allegations of prejudice from a co-defendant's confession runs the risk of stunting the efficiency and fairness of the criminal justice system. Richardson v. Marsh, 481 U.S. 200, 210 (1987). Forcing prosecutors to bring separate proceedings in such situations and present the

same evidence again and again, and requiring victims and witnesses to repeat the inconvenience of testifying is exceptionally burdensome. Id. This will furthermore randomly favor the last-tried defendants who have the advantage of knowing the prosecution's case beforehand. Id.  Where, as here, there is simply no prejudice to be found in a joint trial of the defendants, severance is inappropriate.

## IV.  CONCLUSION

For all of the foregoing reasons, the government respectfully requests that defendant Luis Zayas' Request for Severance be denied.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ thomas e. kanwit
       THOMAS E. KANWIT
       DANA GERSHENGORN
       Assistant U.S. Attorneys
       J. Joseph Moakley Courthouse
       1 Courthouse Way
       Boston, MA 02210
       (617) 748-3271
       BBO 547251 (tek)

May 25, 2007

# ATTACHMENT A

| DEPARTMENT OF THE TREASURY - BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | |
|---|---|
| AFFIDAVIT | PAGE 1 OF 2 PAGE |

1. Eddie Matos, date of birth 11/12/80, SSN: 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, state that

I reside at 38 Allendale St, Springfield, MA. I have been advised of my rights and have waived those rights. I live with my girlfriend Leslie Mendes and three children. I am presently unemployed. Since approximately 1997, I have EM smoked marijuana every day. I last smoked this morning (marijuana) at about 9:00 AM in my car, a grey Pontiac Grand AM. I am not under the influence of marijuana now because the high has worn off. I first met "Melo", or "Luis" when he moved into 37 Allendale St in Springfield about 7 or 8 years ago, which is aceross EM the street from me. Melo is my girlfriend's cousin's husband. Her name is Nancy. About a little over 1 year ago, Melo asked me if he could store EM some drugs, some cocaine and some marijuana, at my house. Melo would cook his cocaine into crack in my kitchen, by himself. Melo keeps his drugs in a black bookbag in my living room, and takes some and stores more there as he needs to. Shortly after I began to store cocaine, marijuana, and crack cocaine in my house for Melo, Melo asked me to store some guns in my house. I let him store the guns, and Melo put a .25 caliber pistol

I have read the foregoing statement consisting of __2__ pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on __MARCH 3__, __2005__

SIGNATURE OF AFFIANT: *Eddie Matos*

SUBSCRIBED AND SWORN TO BEFORE ME THIS __3rd__ DAY OF __MARCH__, __2005__ AT __Allendale St, Springfield MA__

SIGNATURE: MICHAEL P. CURRAN *Michael Curran*
TITLE: SPECIAL AGENT

WITNESS
SIGNATURE: *James J. Mostyn*
TITLE: S/A 3874

ATF F 5000.1 (12-83)

DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**AFFIDAVIT**
(CONTINUATION SHEET)

PAGE 2 OF 2 PAGES

above my stove in my kitchen. Melo then put an "AR" rifle and a pistol in my basement ceiling of my house. I have handled and possessed in my hand the .25 caliber pistol, and my fingerprints are probably on it. I stored an ounce of weed right next to the .25 caliber pistol in my kitchen. This weed is actually mine, and the crack cocaine is Melo's. Sometimes I sell small quantities of marijuana, or give it away, from my house. I don't sell the cocaine because it is Melo's. I know Melo has a friend named "Booker" who got in trouble for a gun because I met him once. I know Booker got in trouble for a gun recently but don't know where he got the gun from. I do not know where Melo got his guns from, and to my knowledge Melo has not removed the guns after he put them in my house. After Melo began storing things at my house, he would sometimes enter my house by himself because he has a spare key. I know Melo got robbed last year, and a TV, radio, clothes, and other items were stolen. I do not know about Melo doing anything in response to being robbed. Melo tried to become a business partner with someone at Belmont Auto on Belmont Street in Springfield but things didn't work out. I have given this statement freely, and no promises have been made to me.

SIGNATURE OF AFFIANT: [signature]
DATE: 3-3-05

ATF F 5000.2 (6-74)

12:39 PM statement ended

# ATTACHMENT B

Case 3:05-cr-30012-NG    Document 109-2    Filed 05/25/2007    Page 4 of 14

1. Eddie Matos, date of birth 11/12/80, SSN: 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, state that I reside at 38 Allendale St, Springfield, MA. I have been advised of my rights and have waived those rights. I live with my girlfriend Leslie Mendes and three children. I am presently unemployed. Since approximately 1997, I have EM smoked marijuana every day. I last smoked this morning (marijuana) at about 9:00 AM in my car, a grey Pontiac Grand AM. I am not under the influence of marijuana now because the high has worn off. ████████████████

[remainder of statement redacted]

I have read the foregoing statement consisting of ___2___ pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on MARCH 3, 2005

SIGNATURE OF AFFIANT: Eddie Matos

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd DAY OF MARCH, 2005
AT Allendale St, Springfield MA
SIGNATURE: MICHAEL P. CURRAN
TITLE: SPECIAL AGENT

WITNESS
SIGNATURE: James J. Mostyn
TITLE: S/A 3874

ATF F 5000.1 (12-83)

DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**AFFIDAVIT**
(CONTINUATION SHEET)

PAGE 2 OF 2 PAGES

I have handled and possessed in my hand the .25 caliber pistol, and my fingerprints are probably on it. I stored an ounce of weed right next to the .25 caliber pistol in my kitchen. This weed is actually mine, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Sometimes I sell small quantities of marijuana, or give it away, from my house. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I have given this statement freely, and no promises have been made to me.

SIGNATURE OF AFFIANT: [signature]
DATE: 3-3-05

ATF F 5000.2 (6-74)

12:39 PM statement ended

# ATTACHMENT C

Case 3:05-cr-30012-NG  Document 109-2  Filed 05/25/2007  Page 7 of 14

| DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | PAGE 1 OF 3 PAGES |
|---|---|
| AFFIDAVIT | |

I, **Luis Zayas**, state that

I reside at **37 Allendale Street, Springfield MA**

ON MARCH 3, 2005, ATF Special Agent James Martin AND ATF TASK FORCE OFFICER NORM SHINK ALONG WITH ATF Agents AND Springfield Police Safeguard Officers CAME TO MY RESIDENCE AND SERVED A FEDERAL SEARCH WARRANT.

SA MARTIN READ ME AN ATF FORM ADVISING ME OF MY MIRANDA RIGHTS. I UNDERSTOOD AND agreed TO ANSWER QUESTIONS.

I TOLD SA MARTIN AND TFO SHINK THAT THE CRACK COCAINE, MARIJUANA, AR-15 IN A CASE, chrome .25 semi-auto pistol AND A Broken .45 missing 10 spring was mine. I was storing the firearms and drugs at EDDY MATOS's Residence at 38 Allendale Street, Springfield right across the street from my house.

I Brought the firearms over to EDDY'S house

I have read the foregoing statement consisting of **3** pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on **3/3**, **2005**.

SIGNATURE OF AFFIANT
X *Luis A Zayas*

SUBSCRIBED AND SWORN TO BEFORE ME THIS **3RD**
DAY OF **March**, **2005**
AT **Springfield MA**,
SIGNATURE
TITLE **Special Agent**

WITNESS
SIGNATURE
TITLE **ATF S/A**

ATF F 5000.1 (12-83)

| DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS **AFFIDAVIT** (CONTINUATION SHEET) | PAGE 2 OF 3 PAGES |
|---|---|

Sometime last week, I have a problem with a NETA gang member and needed the guns for protection.

I bought 50 grams of crack cocaine and one pound of hydro-marijuana from a drug dealer in Long Island NY. Me and Eddy drove down in my Chevrolet 1500 Pick up truck "5031RN", MA Registration. We bought the drugs and drove back to MA. I smoked marijuana at 38 Allendale when we got back. The drugs were in a black dark colored back pack. After me and Eddy smoked the weed I forgot the bag at Eddy's house.

I smoke marijuana every day with Eddy Matos. an 8 ball or 2.
I was selling James Booker crack and marijuana. Booker was getting his crack from another source as well. Mostly marijuana. The gun was not mine he bought that from a guy in Holyoke.

I bought the AR-15 for $1000.00 from a Hispanic male in a car, I have not seen him since. The 1000.00 included a .45, the broken one I spoke of earlier.

SIGNATURE OF AFFIANT: Luis A Bayos
DATE: 3/3/05
ATF F 5000.2 (6-74)

| DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>**AFFIDAVIT**<br>(CONTINUATION SHEET) | PAGE 3 OF 3 PAGES |
|---|---|

The chrome .25 was also part of the $1000.00 deal.

SIGNATURE OF AFFIANT: Luis A Zayas
DATE: 3.3.05
ATF F 5000.2 (6-74)

# ATTACHMENT D

DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

AFFIDAVIT

PAGE 1 OF 3 PAGES

I, Luis Zayas, state that

I reside at 37 Allendale Street, Springfield MA

ON MARCH 3, 2005, ATF Special Agent James Martin and ATF TASK FORCE OFFICER NORM SHINK ALONG WITH ATF Agents and Springfield Police Safeguard Officers came to my residence and served a Federal Search Warrant.

SA Martin read me an ATF form advising me of my Miranda Rights. I understood and agreed to answer questions.

I told SA Martin and TFO Shink that the crack cocaine, marijuana, AR-15 in a case, chrome .25 semi-auto pistol and a broken .45 missing a spring was mine. I was storing the firearms and drugs at ▬▬▬▬ residence at 38 Allendale Street, Springfield right across the street from my house.

I brought the firearms over to ▬▬▬ house

I have read the foregoing statement consisting of 3 pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on 3/3, 2005.

SIGNATURE OF AFFIANT
X Luis Zayas

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3RD DAY OF March, 2005
AT Springfield MA,

SIGNATURE
TITLE Special Agent

WITNESS
SIGNATURE
TITLE ATF S/A

ATF F 5000.1 (12-83)

| DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>**AFFIDAVIT**<br>(CONTINUATION SHEET) | PAGE 2 OF 3 PAGES |

sometime last week. I have a problem with a NETA gang member and needed the guns for protection.

I bought 50 grams of crack cocaine and one pound of hydro-marijuana from a drug dealer in Long Island NY. ▮▮▮▮ drove down in my Chevrolet 1500 Pick up truck "5031RN", MA Registration. ▮ bought the drugs and drove back to MA. I smoked marijuana ▮▮▮▮ when ▮ got back. The drugs were in a black dark colored back pack. ▮▮▮▮ I forgot the bag at Eddy's house.

▮▮▮▮▮▮▮▮▮▮▮▮

an 8ball or 2. I was selling James Booker crack and marijuana. Booker was getting his crack from another source as well. Mostly marijuana. The gun was not mine he bought that from a guy in Holyoke.

I bought the AR-15 for $1000.00 from a Hispanic male in a car, I have not seen him since. The 1000.00 included a .45, the broken one I spoke of earlier.

SIGNATURE OF AFFIANT: Luis A Zayas
DATE: 3/3/05

ATF F 5000.2 (6-74)

| DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | |
|---|---|
| **AFFIDAVIT** (CONTINUATION SHEET) | PAGE 3 OF 3 PAGES |

The chrome .25 was also part of the $1000.00 deal.

*[Signature: Luis A Zayas, drawn diagonally across page]*

SIGNATURE OF AFFIANT: Luis A Zayas
DATE: 3.3.05
ATF F 5000.2 (6-74)