UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | Cr. No. 05-30012 |
| LUIS ZAYAS, and ) | |
| ) | |
| EDDIE MATOS ) | |
| Defendants. ) | |

**GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys Thomas Kanwit and Dana Gershengorn, hereby requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

    1.   The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

        (a)  ever been employed by the federal government in any capacity?

        (b)  ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

        (c)  ever had any involvement, of any sort, with the United States Drug Enforcement Administration, the Bureau of Alcohol Tobacco and Firearms, the Massachusetts State Police, or the Springfield Police?

    2.   Have you, any member of your immediate family, or any

close friend ever been involved in a criminal proceeding? If so, please provide details at the sidebar.

3. Have you, any member of your immediate family, or any close friend ever filed a claim or lawsuit against the United States or any of its agencies, or answered a claim or lawsuit filed by the federal government?

4. Are you aware of any beliefs or feelings that you may have regarding the government that would in any way interfere with your ability to evaluate and judge fairly and impartially the facts of this case?

5. Some of the witnesses expected to be called by the United States at trial are special agents of the United States Drug Enforcement Administration, Special Agents of the Bureau of Alcohol, Tobacco and Firearms, Troopers with the Massachusetts State Police, or police officers in Springfield. Are you aware of any beliefs or feelings that you may have regarding such law enforcement witnesses?

6. Would you be more likely to believe a law enforcement witness simply because he or she is law enforcement?

7. Would you be less likely to believe a law enforcement witness simply because he/she is law enforcement?

8. You may hear evidence that the government agents used cooperating witnesses as government informants in the investigation of this case. Do you have any feelings about the

use of informants by the government?

9.  Have you, any member of your immediate family, or any close friend ever received treatment for use of a controlled substance?

10.  In this case, the government alleges that there was a conspiracy to possess cocaine and marijuana with the intent to distribute it, and to distribute it and that the Defendants participated in such conspiracy to distribute or to possess with intent to distribute cocaine and marijuana.  Cocaine and marijuana are a controlled substances under the laws of the United States, and it is illegal to possess or distribute cocaine or marijuana.  Do you have any beliefs or views about the drug laws in general or cocaine or marijuana in particular?

11.  In this case, the government alleges that the defendants possessed firearms in furtherance of their drug activities. Do you have any beliefs or views about firearms or the firearms laws in general?

12.  In this trial, the government may introduce evidence obtained from recorded conversations. The use of such recording devices is authorized by federal law when one of the individuals involved in the conversation consents to the recording of the conversation. Do you have any beliefs or views about the government's use of recording devices?

13.  Are you aware of any beliefs or feelings that would

prevent you from completely and honestly applying the law, as I give it to you at the end of the case, to the facts as you find them?

    14. Are any of you fluent in Spanish? If so, are you willing to defer to the evidence introduced in this case in so far as it relates to translated Spanish conversations?

    15. Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

                      BY:/s/ Thomas Kanwit
                      THOMAS KANWIT
                      DANA GERSHENGORN
                      Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Thomas E. Kanwit
        THOMAS E. KANWIT
        Assistant United States Attorney
        U.S. Attorney's Office
        J. Joseph Moakley Courthouse,
        Suite 901
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100
        BBO 547251

June 5, 2007