# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Criminal Action No.: 05-30012** |
| ) | |
| EDDIE MATOS ) | |
|     **Defendant** ) | |

## DEFENDANT'S MOTION IN LIMINE TO ALLOW INTRODUCTION OF EVIDENCE SHOWING LACK OF DOMINION AND CONTROL

Now comes the Defendant, Eddie Matos, to respectfully request of this court an order *in limine* to allow introduction of evidence to show a lack of dominion and control of the alleged area where each and every firearm at issue was allegedly found as a result of a search warrant executed on March 3, 2005 at 38 Allendale Rd., Springfield, MA.

In support of this request it is submitted that since the defendant is charged with a violation of 18 U.S.C.§ 924 (c) (1) (A), possession of a firearm in furtherance of a drug trafficking crime, the government must prove, *inter alia*, that the defendant actually or constructive possessed said firearms. See, e.g., United States v. Robinson, 473 F.3d 387, 398 (1st Cir. 2007) stating "[i]n order to prove possession of a firearm, the government must show actual possession or constructive possession." Allowing defendant to admit evidence showing his lack of dominion and control of the area is critical to his defense. Such evidence will come in the form of testimony showing that Luis Zayas was in possession of a key to 38 Allendale Rd. and frequently entered that residence while its rightful occupants were absent.

Respectfully submitted
The Defendant, Eddie Matos
By his Attorney,


/s/ Perman Glenn, III

Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
BBO # 553724

Dated: June 6, 2007