# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No.: 05-30012** |
| | ) | |
| **EDDIE MATOS** | ) | |
| **Defendant** | ) | |

## DEFENDANT'S MOTION IN LIMINE TO PRECLUDE USE OF CERTAIN TERMS

Now comes the defendant, Eddie Matos by counsel, pursuant to Federal Rules of Evidence 402 and 403, moves *in limine* for the Court to prohibit the government from making any reference using the terms: "gang," "organization," "syndicate," "consortium," or any similar terms to refer to the alleged activities of Mr. Matos involving drugs. Use of such terms would be highly prejudicial to Mr. Matos and utterly lack any probative value.

Mr. Matos also respectfully moves the Court *in limine* to prohibit the government from attempting to introduce evidence of his felony drug conspiracy conviction and other related convictions unless and until he takes the stand to testify in his own behalf. In the event that Mr. Matos testifies at trial, the Court should restrict the prosecutor from going into the details of the prior conviction introduced for impeachment purposes and should limit questioning to what the felony was, when the conviction was obtained, and where the conviction took place.

Respectfully submitted
The Defendant, Eddie Matos
By his Attorney,


/s/ Perman Glenn, III

Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
BBO # 553724

Dated: June 6, 2007