UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No.: 05-30012 |
| ) | |
| EDDIE MATOS ) | |
|     Defendant ) | |

**DEFENDANT'S MOTION IN LIMINE TO ALLOW USE OF EVIDENCE AGAINST CO-DEFENDANT**

Now comes the Defendant, Eddie Matos, to respectfully request of this court an Order allowing Mr. Matos to introduce evidence inculpating his co-defendant, Luis Zayas. This evidence may include testimony of witnesses, documents, recordings and other tangible items allowable under the Federal Rules of Evidence. It is suggested that use of such evidence will exculpate Mr. Matos and be both highly relevant and probative as to the allegations at issue.

Respectfully submitted
The Defendant, Eddie Matos
By his Attorney,

/s/ Perman Glenn, III

Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
BBO # 553724

Dated: June 6, 2007