# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No.: 05-30012 |
| ) | |
| EDDIE MATOS ) | |
|     Defendant ) | |

**DEFENDANT'S MOTION IN LIMINE TO ALLOW INTRODUCTION OF EVIDENCE SHOWING STATEMENT OF DEFENDANT NOT VOLUNTARY**

    Now comes the Defendant, Eddie Matos, to respectfully request of this Court an order *in limine* to allow the introduction of evidence showing that the statement purported by the Government to be attributed to Mr. Matos was not made voluntarily. It is submitted to this Court that this statement can be shown to have been written by a Government agent and contains many inaccuracies and false contentions.

    It is contended that allowing such evidence is essential to preserve Mr. Matos' basic trail protections afforded to him by the Constitution, specifically the right to testify on his own behalf and the right to confront any witness testifying against him.

                                       Respectfully submitted
                                       The Defendant, Eddie Matos
                                       By his Attorney,

                                       /s/ Perman Glenn, III

                                       Perman Glenn, III
                                       Law Offices of Perman Glenn, III
                                       1163 Main Street
                                       Springfield, MA 01103
                                       (413) 734-9955
                                       BBO # 553724

Dated: June 6, 2007