UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal Action No. 05-30012 |
| ) | |
| LUIS ZAYAS and ) | |
| EDDIE MATOS ) | |

## UNITED STATES' EXHIBIT LIST

1. Sketches of 37 Allendale

2. Sketches of 38 Allendale

3. AR-15 Assault rifle

4. Phoenix Arms Co., Raven .25 cal. silver pistol

5. Taurus PT .40 cal. black pistol

6. Ammunition (6 rounds MNF .25 cal.)

7. Ammunition (1 round, Remington .12 cal.)

8. Ammunition (47 rounds, Am. Eagle .25 cal.)

9. Ammunition (88 rounds, MNF .223 cal.)

10. Ammunition (50 rounds, MNF .40 cal.)

11. Magazines (3, 20 round capacity, .223 cal. Colt)

12. Magazine (1, 30 round capacity, .223 cal. Center Indus.)

13. Black nylon carrying bag for AR-15

14. Scale

15. Pay stubs, Eddie Matos

16. Search photograph, 38 Allendale exterior

17. Search photograph, 38 Allendale exterior

18. Search photograph, gun and marijuana on top of cabinet

19. Search photograph, gun and statement addressed to Matos

20. Search photograph, marijuana and cook pot

21. Search photograph, kitchen

22. Search photograph, marijuana

23. Search photograph, marijuana

24. Search photograph, marijuana

25. Search photograph, marijuana

26. Search photograph, evidence from kitchen

27. Search photograph, backpack with marijuana and crack cocaine

28. Search photograph, basement rafters

29. Search photograph, basement

30. Search photograph, basement

31. Search photograph, AR-15 rifle

32. Search photograph, AR-15 with magazines and crack cocaine

33. Search photograph, 37 Allendale exterior

34. Search photograph, 37 Allendale exterior

35. Search photograph, cash on bed

36. Search photograph, cash on bed

The United States reserves its right to offer the actual drugs found during the search of 38 Allendale Street on March 3, 2005 into evidence in lieu of, or in addition to, any of the photographs.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN,
                                              United States Attorney

By:   /s/ thomas e. kanwit
Thomas E. Kanwit
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

June 5, 2007