UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Criminal Action No. 05-30012 |
| | ) | |
| **LUIS ZAYAS and** | ) | |
| **EDDIE MATOS** | ) | |

### UNITED STATES' WITNESS LIST

1. **Barron, John**     DEA

2. **Curran, Michael**     ATF

3. **Kalish, Eddie**     Springfield P.D., Task Force Officer

4. **Martin, James**     ATF

5. **Mostyn, Jim**     ATF

6. **Person, Brian**     ATF

7. **Santos, Edrick**     Cooperating Witness; c/o ATF

8. **Shink, Norman**     TFO

9. **Condon, Sean**     Springfield P.D., Task Force Officer

10. **Place, Kim**     ATF

The United States reserves its right to offer additional witnesses in rebuttal or in supplement to this list based upon any developments at the final pretrial conference on June 7, 2007.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN,
                                            United States Attorney

                    By:    /s/ thomas e. kanwit
                            Thomas E. Kanwit
                            Assistant U.S. Attorney
                            Joseph J. Moakley U.S. Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3100

June 6, 2007