# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Criminal Action No. 05-30012** |
| | ) | |
| **LUIS ZAYAS and** | ) | |
| **EDDIE MATOS** | ) | |

## UNITED STATES' NOTICE OF REQUIRED DETENTION

The United States hereby gives notice that detention of defendant Eddie Matos is required under 18 U.S.C.§ 3143(a)(2) upon his change of plea on the drug trafficking counts in this case. This is because the crack cocaine conspiracy count is subject to a statutory mandatory minimum sentence of ten years since the amount is in excess of 50 grams; see 21 U.S.C. § 841(b)(1)(A)(iii) & 18 U.S.C. §3142(f)(1). The only exception to this requirement is if the Court finds by clear and convincing evidence that Matos is not likely to flee or pose a danger to any other person or the community; 18 U.S.C. § 3143(a)(2)(B).

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:    /s/ thomas e. kanwit
Thomas E. Kanwit
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

June 7, 2007

Counsel certifies that this document was filed using the CM/ECF electronic document filing system of the District of Massachusetts and that it will be served on counsel for defendants

via that system.

                    /s/ thomas e. kanwit
                    THOMAS E. KANWIT