UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Criminal Action No. 05-30012 |
| | ) | |
| **LUIS ZAYAS** and | ) | |
| **EDDIE MATOS** | ) | |

## UNITED STATES' NOTICE REGARDING STATEMENTS

The United States hereby notifies defendants that it will offer the unredacted, complete statements of each defendant at that defendant's trial in light of the Court's severance of the trials. The United States will not, of course, offer the statement of one defendant against the other defendant unless the uttering defendant takes the stand and is available for cross-examination

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:   /s/ thomas e. kanwit
Thomas E. Kanwit
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

June 12, 2007