UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>EDDIE MATOS,    )<br>    Defendant    ) | Criminal Action:<br>05-30012-NG |

### EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to attend the birthday party for his goddaughter, Savannah Watts, of 140 King Street, Bristol, Connecticut. The birthday party is to be held at his goddaughter's residence on June 23, 2007 and will take place between 1:00 p.m. to 10:00 p.m.. Permission is respectfully sought for the Defendant to attend this event with his family.

On the basis of the foregoing, the Defendant does respectfully request that his conditions of release be modified accordingly.

Respectfully Submitted
The Defendant by his Attorney,

Dated: June 19, 2007

/s/ Perman Glenn, III
Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255