UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-30012 |
| | ) |
| LUIS ZAYAS and | ) |
| EDDIE MATOS | ) |

### UNITED STATES' EXHIBIT LIST

1. Sketches of 37 Allendale  6/13
2. Sketches of 38 Allendale  6/13
3. AR-15 Assault rifle  6/13
4. Phoenix Arms Co., Raven .25 cal. silver pistol  6/13
5a. Taurus PT .40 cal. black pistol  6/13
5b. Magazine for Taurus .40 cal. pistol  6/13
6. Ammunition (6 rounds MNF .25 cal.)  6/13
7. Ammunition (1 round, Remington 12 ga.)  6/13
8. Ammunition (47 rounds, Am. Eagle .25 cal.)  6/13
9. Ammunition (88 rounds, MNF .223 cal.)  6/13
10. Ammunition (50 rounds, MNF .40 cal.)  6/13
11. Magazines (3, 20 round capacity, .223 cal. Colt)  6/13
12. Magazine (1, 30 round capacity, .223 cal. Center Indus.)  6/13
13. Black nylon carrying bag for AR-15  6/13
14. Scale  6/13
15. Pay stubs, Eddie Matos  6/13
16. Search photograph, 38 Allendale exterior  6/13

| | | | |
|---|---|---|---|
| ✓✓ | 17. | Search photograph, 38 Allendale exterior | 6/13 |
| ✓✓ | 18. | Search photograph, gun and marijuana on top of cabinet | 6/13 |
| ✓✓ | 19. | Search photograph, gun and statement addressed to Matos | 6/3 |
| ✓✓ | 20. | Search photograph, marijuana and cookpot | 6/13 |
| ✓✓ | 21. | Search photograph, kitchen | |
| ✓ | 22. | Search photograph, kitchen cupboard | 6/3 |
| ✓✓ | 23. | Search photograph, marijuana | |
| ✓✓ | 24. | Search photograph, blue Jansport backpack in closet | 6/13 |
| ✓✓ | 25. | Search photograph, marijuana in backpack | 6/13 |
| ✓✓ | 26. | Search photograph, evidence from kitchen | 6/13 |
| ✓✓ | 27. | Search photograph, backpack with marijuana and crack cocaine | 6/13 |
| ✓ | 28. | Search photograph, basement rafters | |
| ✓✓ | 29. | Search photograph, basement | |
| ✓✓ | 30. | Search photograph, AR-15 in rafters | |
| ✓ | 31. | Search photograph, AR-15 rifle | |
| ✓ | 32. | Search photograph, AR-15 with magazines and ammunition | |
| | 33. | Search photograph, 37 Allendale exterior | |
| ✓ | 34. | Search photograph, 37 Allendale exterior | |
| | 35. | Search photograph, cash on bed | |
| ✓ | 36. | Search photograph, cash on bed | |
| ✓✓ | 37. | Backpack, nylon Jansport | 6/13 |
| ✓✓ | 38. | Statement of Luis Zayas | |
| ✓✓ | 39. | Photograph of cash | 6/13 |
| ✓ | 40. | Cocaine base (11/30/04) | 6/13 |

✓ ✓ 41. Cocaine base (2/24/05)  6/13
✓ ✓ 42. Marijuana (3/03/05, DEA #4)  6/13
✓ ✓ 43. Metal pan with residue (3/03/05, DEA #5)  6/13
✓ ✓ 44. Cocaine base (3/03/05, Jansport backpack, DEA #6)  6/13
✓ ✓ 45. Marijuana (3/03/05, Jansport backpack, DEA # 7)  6/13
✓   46. Cocaine base (3/03/05, Jansport backpack, DEA # 8)  6/13
✓   47. Marijuana (3/03/05, DEA # 9)  6/13
✓   48. Cocaine base (3/03/05, DEA # 10)  6/13
✓ ✓ 49. Cocaine base (3/03/05, DEA # 11)  6/13
✓ ✓ 50. Photo Backpack  6/14

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:  /s/ thomas e. kanwit
Thomas E. Kanwit
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

June 12, 2007