# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

U.S. , Plaintiff(s)

vs.

Zayas , Defendant(s)

Civil No. _____

Criminal No. 05-30012-NG

## NOTE FROM THE JURY

YOUR HONOR,

Can you please give us a definition of "in furtherance of"?

DATED at Boston, Massachusetts on June 14 2007

TIME: 12:53

_Signature of Foreperson_