UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal Action No. 05-30012 NG |
| ) | |
| EDDIE MATOS ) | |

## UNITED STATES MOTION FOR A TRIAL DATE

The United States hereby moves for trial date for the remaining count, Count Seven, of the indictment pending against defendant Eddie Matos. As the Court may recall, the trial of Mr. Matos was severed from his co-defendant's trial (Luis Zayas), which trial took place last June. Mr. Matos pleaded guilty to all pending charges against him in June except for the use of a firearm in furtherance of drug trafficking, 18 U.S.C. § 924(c).

The United States also requests a pre-trial conference.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:   /s/ thomas e. kanwit
Thomas E. Kanwit
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

September 27, 2007

Counsel certifies that this document was filed using the CM/ECF electronic document filing system of the District of Massachusetts and that it will be served on counsel for defendants via that system.

  /s/ thomas e. kanwit
THOMAS E. KANWIT