UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action: |
| ) | 05-30012-NG |
| EDDIE MATOS, ) | |
| Defendant ) | |

## DEFENDANT'S MOTION FOR EXCULPATORY EVIDENCE WITH CORRECTION

Now comes the Defendant, Eddie Matos, and does hereby respectfully submit the following Motion for Exculpatory Evidence which includes a correction as to the name of the confidential informant. This motion was originally filed on October 5, 2007. The Defendant respectfully requests that this Honorable Court instruct the Government to provide the following to counsel for the Defendant:

1. Based on belief and information the Defendant does request that the Government produce exculpatory fingerprint evidence which has been taken from the gun found in the home of Eddie Matos which show the fingerprints of Luis Zayas.

2. That the Government provide any and all impeachment materials pertaining to its informant, Edrick Santos. Specifically the Defendant requests notice of any and all new promises, inducements and rewards granted to Edrick Santos thus far in the 2007 calendar year. In addition the Defendant wishes to obtain the dates, docket numbers, and case names in which Edrick Santos has provided information. Furthermore the Defendant requests that the Government provide the Defendant's counsel with any and all inconsistent statements made by Edrick Santos with regard to the criminal conduct by the Defendant, Eddie Matos.

3. The Defendant requests that any and all exculpatory evidence not yet produced by the Government be forwarded to counsel for the Defendant.

In support of this motion, the Defendant states that the Government has an obligation to furnish, and to continue to furnish, such information under the doctrine of Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

THE DEFENDANT
Eddie Matos

By: /S/ Perman Glenn, III
Perman Glenn, III, Esq.
LAW OFFICE OF PERMAN GLENN, III
1139 Main Street
October 8, 2007                Springfield, MA 01103