UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal Action No.: 05-30012 |
| EDDIE MATOS ) Defendant ) | |

DEFENDANT'S MOTION TO CONTINUE TRIAL DATE
(ASSENT TO BY GOVERNMENT)

Now comes the Defendant, by counsel, to respectfully request that this honorable court allow his motion to continue the commencement of this trial under Local Rule 40.3 which is scheduled to begin on December 3, 2007. In support of this motion the Defendant states as follows:

Defendant's counsel, Attorney Perman Glenn, III, has a trial date scheduled in a capital murder defense in Louisiana for December 10, 2008. (See Ex. 1, Dkt. Master for Timothy Henson, p. 8). The Defendant's concern is that with the distance between the courts and the time frame of the commencement of these trials, it will be difficult for Attorney Glenn to assure his continued presence in this matter as it is scheduled.

Attorney Glenn, as a member of the Louisiana Bar, became involved in the capital defense of indigent defendants as a result of his work on the Katrina Backlog Project for Capital Cases and his previous and continued association with the Orleans Parish Public Defenders Office. Furthermore, Attorney Glenn is Lead Counsel in the above referenced matter and his presence is crucial to the defense of these charges against his client. While this is not a reflection on the importance of the matter before neither this court nor Attorney Glenn's participation in it,

it does go some distance to underscore the logistical concerns in arranging for his presence in the capital murder defense. Attorney Glenn has made these necessary arrangements, including travel plans and scheduling concerns. The defendant begs the court's indulgence in allowing Attorney Glenn to appear in the above referenced capital murder defense by way of allowing this motion to continue.

The defendant waives any and all speedy trial issues that may exist or arise from the court's allowing this motion. The Defendant respectfully requests that the trial date be moved late February or early March of 2008 or some other date conducive to the court's scheduling needs.

Respectfully submitted
The Defendant, Eddie Matos
By his Attorney,

/s/ Perman Glenn, III

Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
BBO # 553724

Dated: October 18, 2007

# Exhibit 1

```
   Case: 444275            D O C K E T   M A S T E R          Date: 10/18/2007
Section: E                                                    Time: 09:14:24
   Class: 1
                    ORLEANS PARISH CRIMINAL DISTRICT COURT

===============================================================================
DF# DEFENDANT(S):       CNTS CHARGE(S):
===============================================================================

  1 HENSON, TIMOTHY J
                         1   RS 14  30                        BOND: 0.00
                             FIRST DEGREE MURDER

===============================================================================
   DATE    PROCEEDINGS
===============================================================================

12/18/2003                                                         MATTHEWSBR
           FILED INDICTMENT
           "A TRUE BILL"
           CAPIAS ISSUED
           BOND SET (NONE)
           MAGISTRATE PAPERWORK FILED (NONE)
12/19/2003                                                         MATTHEWSBR
           ALLOTTED. ARRAINGMENT SET FOR 12/29/03. PDOJL.
12/29/2003                                                            MCNEILJ
           NO MINUTE ENTRY.  THE COURT CONTINUED THIS MATTER FOR ARRAIGNMENT
           TO 1/5/04.  PDOJL.
           *****
           FILED ARREST OF CAPIAS NOTIFICATION.  DATE OF ARREST: 11/8/03.
01/05/2004                                                            ISAACJ
          >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR ARRAIGNMENT.
          >COURT APPOINTED CLYDE MERRITT , OIDP. >INDICTMENT WAS READ.
          >DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF
          RIGHT TO TRIAL BY JUDGE OR JURY. >HRG TO DETERMINE COUNSEL SET
          FOR 01/20/04 >NOTIFY DEF.COUNSEL. >PDOJL
01/06/2004                                                            MCNEILJ
           FILED MAGISTRATE PAPERWORK (429030, DOB: 11/25/59, F#1202892).
01/20/2004                                                            ISAACJ
          >DEFENSE COUNSEL CLYDE MERRITT APPEARED WITHOUT DEFENDANT,
          TIMOTHY J HENSON FOR HRG TO DETERMINE COUNSEL >DEFENDANT NOT
```

```
                    BROUGHT UP FROM JAIL. >RESET BY COURT >HRG TO DETERMINE COUNSEL
                    SET FOR 01/29/04 >NOTIFY DEF.COUNSEL. >PDOJL
01/29/2004                                                              ISAACJ
                    >DEFENSE COUNSEL CLYDE MERRITT APPEARED WITHOUT DEFENDANT,
                    TIMOTHY J HENSON FOR HRG TO DETERMINE COUNSEL >DEFENDANT NOT
                    BROUGHT UP FROM JAIL. >RESET BY COURT >HRG TO DETERMINE COUNSEL
                    SET FOR 02/02/04 >NOTIFY DEF.COUNSEL. >PDOJL
02/02/2004                                                              ISAACJ
                    >DEFENDANT, TIMOTHY J HENSON APPEARED WITHOUT COUNSEL FOR HRG TO
                    DETERMINE COUNSEL >RESET BY COURT >HRG TO DETERMINE COUNSEL SET
                    FOR 02/04/05 >NOTIFY DEF.COUNSEL. >PDOJL
02/04/2004                                                              ISAACJ
                    >DEFENDANT, TIMOTHY J HENSON APPEARED WITHOUT COUNSEL FOR
                    DETERMINATION OF COUNSEL >THE COURT APPOINTED, OIDP, TO
                    REPRESENT THE DEFENDANT. DWIGHT DOSKEY, CLYDE MERRIT AND AGIDA
                    LAMBERT OF OIDP IS APPOINTED TO REPRESENT THE DEFENDANT. >COURT
                    SET DATE TO FILE MOTIONS FOR 02/26/04 STATE TO RESPOND BY
                    03/11/04 >HEARING ON MOTIONS SET FOR 04/13/04 >SEND NOTICES.
                    >NOTIFY DEF.COUNSEL. >PDOJL
03/12/2004                                                              ISAACJ
                    >DEFENDANT, TIMOTHY J HENSON DID NOT APPEAR FOR FILING(S) IN
                    OPEN COURT >STATE FILED: >-DISCLOSURE OF EVIDENCE BY THE STATE.
                    >-DISCOVERY BY STATE. >HEARING ON MOTIONS SET FOR 04/13/04
04/13/2004                                                              ISAACJ
                    >DEFENDANT, TIMOTHY J HENSON APPEARED WITH COUNSEL, DWIGHT
                    DOSKEY/C. MERRITT FOR HEARING ON MOTIONS >CONTINUED ON DEFENSE
                    MOTION. >DEFENSE FILED: >-ORAL MOTION FOR SANITY COMMISSION.
                    COURT GRANTED AND APPOINTED DRS. DELAND AND MALLIK TO EXAMINE
                    AS TO COMPETENCY >LUNACY HEARING SET FOR 04/15/04 (IF DEFENDANT
                    CAN BE DIAGNOISED; PLEASE PRESCRIBE MEDICATION.) PLEASE SERVE
                    DRS. DELAND AND MALLIK >LUNACY HEARING SET FOR 05/06/04 PLEASE
                    SERVE DRS. DELAND AND MALLIK. PLACE DEFENDANT ON THE JAIL LIST.
                    >HEARING ON MOTIONS SET FOR 05/06/04 >SEND NOTICES. >NOTIFY
                    DEF.COUNSEL. >PDOJL
04/15/2004                                                              ISAACJ
                    >DEFENDANT, TIMOTHY J HENSON APPEARED WITHOUT COUNSEL FOR LUNACY
                    LUNACY HEARING .  THE DEFENDANT WAS INTERVIEWED  BY DR. MALLIK.
                    THE COURT ISSUED AN ORDER SO THAT THE DEFENDANT MAY RECIEVE
                    MEDICINE. >LUNACY HEARING SET FOR 05/06/04 >SEND NOTICES.
                    >NOTIFY DEF.COUNSEL. >PDOJL
05/06/2004                                                              ISAACJ
                    >DEFENSE COUNSEL DWIGHT DOSKEY/C. MERRITT APPEARED WITHOUT
                    DEFENDANT, TIMOTHY J HENSON FOR HEARING ON MOTIONS >DEFENDANT
                    NOT BROUGHT UP FROM JAIL. >RESET BY COURT >HEARING ON MOTIONS
                    SET FOR 05/20/04 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
                    >DEFENSE COUNSEL DWIGHT DOSKEY/C. MERRITT APPEARED WITHOUT
                    DEFENDANT, TIMOTHY J HENSON FOR LUNACY HEARING >DEFENDANT NOT
                    BROUGHT UP FROM JAIL. >RESET BY COURT >LUNACY HEARING SET FOR
                    05/20/04 >SEND NOTICES TO DRS. DELAND AND MALLIK. >NOTIFY
                    DEF.COUNSEL. >PDOJL
05/20/2004                                                              ISAACJ
                    >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR LUNACY HEARING
                    WITH COUNSEL, DWIGHT DOSKEY/C. MERRITT >HEARING ON COMPETENCY.
                    >STIPULATED TO EXPERTISE OF THE DOCTORS. >STATE CALLED >DR.
                    MALLIK >STIPULATED THAT TESTIMONY OF DR. ARTECONA WOULD BE
                    SAME. MALLIK DOCTOR'S REPORT FILED INTO RECORD. >COURT FOUND
                    DEFENDANT COMPETENT. THE DEFENDANT THROUGH COUNSEL ENTERED A
```

```
              PLEA OF NOT GUILTY AND NOT GUILTY BY REASON OF INSANITY.
              >HEARING ON MOTIONS SET FOR 06/10/04 >SEND NOTICES. >NOTIFY
              DEF.COUNSEL. >PDOJL
06/10/2004                                                         HHARRIS
              >DEFENDANT, TIMOTHY J HENSON APPEARED WITH COUNSEL, DWIGHT
              DOSKEY/C. MERRITT FOR HEARING ON MOTIONS >RESET BY COURT
              >HEARING ON MOTIONS SET FOR 06/22/04 >SEND NOTICES. >PDOJL
06/22/2004                                                         HHARRIS
              >DEFENSE COUNSEL DWIGHT DOSKEY/C. MERRITT APPEARED WITHOUT
              DEFENDANT, TIMOTHY J HENSON FOR HEARING ON MOTIONS THIS MATTER
              SET IN ERROR. >RESET BY COURT >HEARING ON MOTIONS SET FOR
              06/24/04 >PDOJL
06/24/2004                                                         HHARRIS
              >DEFENDANT, TIMOTHY J HENSON APPEARED WITH COUNSEL, DWIGHT
              DOSKEY/C. MERRITT FOR HEARING ON MOTIONS >CONTINUED ON JOINT
              MOTION. >HEARING ON MOTIONS SET FOR 07/22/04 >SEND NOTICES.
              >PDOJL
07/22/2004                                                          ISAACJ
              >DEFENSE COUNSEL DWIGHT DOSKEY/C. MERRITT APPEARED WITHOUT
              DEFENDANT, TIMOTHY J HENSON FOR HEARING ON MOTIONS >DEFENDANT
              NOT BROUGHT UP FROM JAIL. >CONTINUED ON JOINT MOTION. >HEARING
              ON MOTIONS SET FOR 08/26/04 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
              >PDOJL
08/26/2004                                                          ISAACJ
              >DEFENSE COUNSEL DWIGHT DOSKEY/C. MERRITT APPEARED WITHOUT
              DEFENDANT, TIMOTHY J HENSON FOR HEARING ON MOTIONS >DEFENDANT
              NOT BROUGHT UP FROM JAIL. >RESET BY COURT >HEARING ON MOTIONS
              SET FOR 10/12/04 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
10/12/2004                                                          ISAACJ
              >DEFENSE COUNSEL DWIGHT DOSKEY/C. MERRITT APPEARED WITHOUT
              DEFENDANT, TIMOTHY J HENSON FOR HEARING ON MOTIONS >DEFENDANT
              NOT BROUGHT UP FROM JAIL. >THE COURT RESET THIS HEARING ON
              MOTIONS, DUE TO TRIAL IN PROGRES >HEARING ON MOTIONS SET FOR
              11/18/04 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
11/16/2004                                                          ISAACJ
              >DEFENDANT, TIMOTHY J HENSON DID NOT APPEAR FOR FILING(S) IN
              OPEN COURT >DEFENDANT NOT BROUGHT UP FROM JAIL. >STATE FILED:
              >-MOTION TO CONTINUE. >HEARING ON MOTIONS SET FOR 11/18/04
11/18/2004                                                          ISAACJ
              >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
              TIMOTHY J HENSON FOR HEARING ON MOTIONS >CONTINUED ON STATE
              MOTION. >HEARING ON MOTIONS SET FOR 01/11/05 >SEND NOTICES.
              >NOTIFY DEF.COUNSEL. >PDOJL
01/11/2005                                                          ISAACJ
              >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR HEARING ON MOTIONS
              WITH COUNSEL, DWIGHT DOSKEY >THESE MOTIONS DID LIE: >SUPPRESS
              STATEMENT >STATE CALLED DET. MARK DUFRESNE DET. ANTHONY PARDO
              >STATE EVIDENCE: >S001 S002 S003 S004 >STATE SUBMITTED THE
              MATTER. >COURT TOOK UNDER ADVISEMENT. THE DNA IN THIS MATTER
              SHOULD BE READY. >HEARING ON MOTIONS SET FOR 03/10/05 PLEASE
              SERVE DR. DELAND. >TRIAL SET FOR 08/01/05 >SEND NOTICES.
              >NOTIFY DEF.COUNSEL. >PDOJL
03/10/2005                                                           SIMSS
              >DEFENDANT TIMOTHY J HENSON DID NOT APPEAR FOR HEARING ON
              MOTIONS >RESET BY COURT >HEARING ON MOTIONS SET FOR 04/14/05
              >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
04/14/2005                                                         VJOHNSON
```

```
              NO COURT HELD THIS DATE. CASE RESET FOR STATUS HEARING 5/19/05.
              NOTIFY DEFENSE ATTORNEY. PDOJL.
05/19/2005                                                            ISAACJ
              >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR HEARING ON MOTIONS
              RULING WITH COUNSEL, DWIGHT DOSKEY >THESE MOTIONS DID LIE:
              -MOTION TO SUPPRESS EVIDENCE IS MOOT. >SUPPRESS STATEMENT
              >AFTER ARGUMENT, STATE AND DEFENSE SUBMITTED THE MATTER.
              >DENIED MOTION TO SUPPRESS STATEMENT. THE DEFENDANT WITHDREW
              HIS MOTION TO DISMISS COUNSEL. THE COURT ISSUED AN ORDER
              ALLOWING DR. DELAND UNLIMITED VISITS WITH THE DEFENDANT. >TRIAL
              SET FOR 08/01/05 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
07/21/2005                                                            ISAACJ
              >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
              TIMOTHY J HENSON FOR STATUS HEARING >DEFENDANT IN CUSTODY AND
              NOT BROUGHT INTO COURT. LIST. >LUNACY HEARING SET FOR 08/04/05
              >SEND NOTICES TO DRS. DELAND AND MALLIK. >NOTIFY DEF.COUNSEL.
              >PDOJL THE COURT CONTINUED THIS MATTER FOR TRIAL FOR THE STATE.
              PLEASE REMOVE FROM TRIAL DOCKET ON 08/01/05.
08/04/2005                                                             SIMSS
              >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
              TIMOTHY J HENSON FOR LUNACY HEARING >DEFENDANT IN CUSTODY AND
              NOT BROUGHT INTO COURT. >THE COURT RESET THIS LUNACY HEARING
              DUE TO TRIAL IN PROGRESS STATE OF LA. V. JAMAL LACAZE, 453-004.
              >LUNACY HEARING SET FOR 08/11/05 >PDOJL
08/11/2005                                                             SIMSS
              >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
              TIMOTHY J HENSON FOR LUNACY HEARING >DEFENDANT IN CUSTODY AND
              NOT BROUGHT INTO COURT. >THE COURT RESET THIS LUNACY HEARING
              DUE TO THE DEATH OF DR. MALLIK'S MOTHER. >LUNACY HEARING SET
              FOR 09/08/05 >NOTIFY DEF.COUNSEL. >PDOJL
01/13/2006                                                             SIMSS
              >DEFENDANT, TIMOTHY J HENSON DID NOT APPEAR FOR STATUS HEARING
              >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >PRE-TRIAL
              HEARING SET FOR 02/13/06 >NOTIFY DEF.COUNSEL. >PDOJL
02/13/2006                                                            ISAACJ
              >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR PRE-TRIAL HEARING
              WITH COUNSEL, DWIGHT DOSKEY >PRE-TRIAL HEARING SET FOR 03/03/06
              >NOTIFY DEF.COUNSEL. >PDOJL
03/03/2006                                                            ISAACJ
              >DEFENDANT, TIMOTHY J HENSON APPEARED WITHOUT COUNSEL FOR
              PRE-TRIAL HEARING THE STATE NOTED THAT IT IS READY FOR TRIAL.
              OIDP DOES NOT HAVE LITIGATOR. KERRY CUCCIA'S GROUP MAYBE
              APPOINTED. >STATUS HEARING SET FOR 03/21/06 >HRG TO DETERMINE
              COUNSEL SET FOR 03/21/06 >NOTIFY DEF.COUNSEL. >PDOJL
03/21/2006                                                            ISAACJ
              >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
              TIMOTHY J HENSON FOR HRG TO DETERMINE COUNSEL OIDP, MR. DWIGHT
              DOSKEY WILL REPRESENT THE DEFENDANT. >DEFENDANT IN CUSTODY AND
              NOT BROUGHT INTO COURT. >TRIAL SET FOR 07/17/06 >SEND NOTICES.
              >NOTIFY DEF.COUNSEL. >PDOJL
07/28/2006                                                            ISAACJ
              >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
              TIMOTHY J HENSON FOR STATUS HEARING >PRESENCE OF DEFENDANT
              WAIVED. >PRE-TRIAL HEARING SET FOR 08/07/06 SO THAT A TRIAL
              DATE CAN BE AGREED UPON. >NOTIFY DEF.COUNSEL. >PDOJL
08/07/2006                                                            ISAACJ
              >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR PRE-TRIAL HEARING
```

```
                WITH COUNSEL, DWIGHT DOSKEY >TRIAL SET FOR 11/27/06 >SEND
                NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
09/19/2006                                                              ISAACJ
                >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
                TIMOTHY J HENSON FOR FILING(S) IN OPEN COURT >DEFENDANT IN
                CUSTODY AND NOT BROUGHT INTO COURT. >DEFENSE FILED: >-MOTION TO
                WITHDRAW AS COUNSEL OF RECORD. >RULING SET FOR 09/22/06 >NOTIFY
                DEF.COUNSEL. >DEFENDANT'S PRESENCE NOT REQUIRED.
09/22/2006                                                              ISAACJ
                >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
                TIMOTHY J HENSON FOR RULING >DEFENDANT IN CUSTODY AND NOT
                BROUGHT INTO COURT. >STATUS HEARING SET FOR 10/02/06 >NOTIFY
                DEF.COUNSEL. >DEFENDANT'S PRESENCE NOT REQUIRED.
10/02/2006                                                              ISAACJ
                >DEFENSE COUNSEL DWIGHT DOSKEY APPEARED WITHOUT DEFENDANT,
                TIMOTHY J HENSON FOR STATUS HEARING THE COURT GRANTED THE
                MOTION TO WITHDRAW AS COUNSEL, AFTER HEARING HELD. >HRG TO
                DETERMINE COUNSEL SET FOR 10/30/06 >PDOJL
10/30/2006                                                              ISAACJ
                >DEFENSE COUNSEL STEVE SINGER APPEARED WITHOUT DEFENDANT,
                TIMOTHY J HENSON FOR HRG TO DETERMINE COUNSEL >DEFENDANT IN
                CUSTODY AND NOT BROUGHT INTO COURT. >CONTINUED ON DEFENSE
                MOTION. >HRG TO DETERMINE COUNSEL SET FOR 11/06/06 >NOTIFY
                DEF.COUNSEL. >PDOJL
11/06/2006                                                              ISAACJ
                >DEFENDANT, TIMOTHY J HENSON APPEARED WITH COUNSEL, STEVE SINGER
                FOR HRG TO DETERMINE COUNSEL >CONTINUED ON DEFENSE MOTION. >HRG
                TO DETERMINE COUNSEL SET FOR 11/21/06 >NOTIFY DEF.COUNSEL.
                >PDOJL
11/21/2006                                                              ISAACJ
                >DEFENSE COUNSEL STEVE SINGER APPEARED WITHOUT DEFENDANT,
                TIMOTHY J HENSON FOR HRG TO DETERMINE COUNSEL >DEFENDANT IN
                CUSTODY AND NOT BROUGHT INTO COURT. >RESET BY COURT THE COURT
                APPOINTED ATTORNEYS GLENN PERMAN AND MARCIA WIDDER. >HRG TO
                DETERMINE COUNSEL SET FOR 12/07/06 >SEND NOTICE TO BOTH DEFENSE
                COUNSELORS. >PDOJL
11/27/2006                                                              ISAACJ
                >DEFENDANT, TIMOTHY J HENSON APPEARED WITHOUT COUNSEL FOR TRIAL
                >RESET BY COURT >TRIAL CONTINUED TO 11/29/06 >SEND NOTICES.
                >NOTIFY DEF.COUNSEL. >PDOJL
11/29/2006                                                              ISAACJ
                >DEFENDANT, TIMOTHY J HENSON APPEARED WITHOUT COUNSEL FOR TRIAL
                >HRG TO DETERMINE COUNSEL SET FOR 12/07/06 >NOTIFY DEF.COUNSEL.
                >PDOJL
12/05/2006                                                              ISAACJ
                >DEFENDANT TIMOTHY J HENSON DID NOT APPEAR FOR HRG TO DETERMINE
                COUNSEL >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT.
                >RESET BY COURT >HRG TO DETERMINE COUNSEL SET FOR 12/11/06
                >NOTIFY DEF.COUNSEL. >PDOJL ***PLEASE REMOVE FROM DOCKET ON
                12/07/06.
12/11/2006                                                              ISAACJ
                >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR HRG TO DETERMINE
                COUNSEL WITH COUNSEL, MARCIA WIDDER >THE COURT APPOINTED MARCIA
                WIDDER, AND PURMAN GLENN TO REPRESENT THE DEFENDANT. THE
                DEFENSE FILED: -MOTION AND ORDER TO KEEP MR. HENSON IN ORLEANS
                PARISH PRISON THE COURT GRANTED THE MOTION AND ISSUED THE
                ORDER. >PRE-TRIAL HEARING SET FOR 01/16/07 >NOTIFY DEF.COUNSEL.
```

```
                >PDOJL
01/12/2007                                                         LABEAUDA
                >DEFENSE COUNSEL MARCIA WIDDER APPEARED WITHOUT DEFENDANT,
                TIMOTHY J HENSON FOR FILING(S) IN OPEN COURT >DEFENDANT IN
                CUSTODY AND NOT BROUGHT INTO COURT. >CONTINUANCE ON DEFENSE
                MOTION >PRE-TRIAL HEARING SET FOR 01/18/07 >NOTIFY DEF.COUNSEL.
                >PDOJL
                *******************
01/18/2007                                                           ISAACJ
                >DEFENSE COUNSEL MARCIA WIDDER APPEARED WITHOUT DEFENDANT,
                TIMOTHY J HENSON FOR PRE-TRIAL HEARING >DEFENDANT IN CUSTODY
                AND NOT BROUGHT INTO COURT. >RESET BY COURT >PRE-TRIAL HEARING
                SET FOR 01/19/07 >NOTIFY DEF.COUNSEL. >PDOJL
01/19/2007                                                           ISAACJ
                >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR PRE-TRIAL HEARING
                WITH COUNSEL, MARCIA WIDDER/PURMAN GLEN >DEFENSE FILED:
                >-DISCOVERY AND INSPECTION. THE COURT GRANTED THE MOTION.
                >-MOTION TO ENROLL AS COUNSEL OF RECORD. >PRE-TRIAL HEARING SET
                FOR 02/26/07 PLACE DEFENDANT ON THE JAIL LIST. >PRE-TRIAL
                HEARING SET FOR 05/21/07 PLACE DEFENDANT ON THE JAIL LIST.
                >TRIAL SET FOR 06/25/07 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
                >PDOJL
02/26/2007                                                           ISAACJ
                >DEFENDANT, TIMOTHY J HENSON APPEARED WITH COUNSEL, MARCIA
                WIDDER/PURMAN GLEN FOR PRE-TRIAL HEARING >CONTINUED ON JOINT
                MOTION. >PRE-TRIAL HEARING SET FOR 03/21/07 >NOTIFY
                DEF.COUNSEL. >PDOJL
03/21/2007                                                           ISAACJ
                >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR PRE-TRIAL HEARING
                WITH COUNSEL, MARCIA WIDDER/PURMAN GLEN >DEFENSE FILED:
                >-SUPPRESS EVIDENCE. >-SUPPRESS STATEMENT. >-SUPPRESS
                IDENTIFICATION. >-PRELIMINARY HEARING. >-BILL OF PARTICULARS.
                >-PRODUCTION OF RAP SHEETS. >-DISCOVERY AND INSPECTION.
                >-EXCULPATORY MATERIAL. >-LEAVE TO FILE ADDITIONAL MOTIONS.
                >-MOTION AND ORDER FOR ISSUANCE OF SUBPOENA DUCES TECUM.
                -PRIEUR DEMAND FOR ALL BAD ACTS. -MOTION FOR DISCOVERY OF ALL
                INFORMATION CONNECTED WITH THE POTENTIAL. >HEARING SET FOR
                03/28/07 >NOTIFY DEF.COUNSEL. >PDOJL
03/28/2007                                                           ISAACJ
                >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR HEARING WITH
                COUNSEL, MARCIA WIDDER/PURMAN GLEN THE DEFENSE IS AWAITING
                ANSWERS TO DISCOVERY. >HEARING SET FOR 04/24/07 >NOTIFY
                DEF.COUNSEL. >PDOJL
04/20/2007                                                           ISAACJ
                >DEFENSE COUNSEL MARCIA WIDDER/PURMAN GLEN APPEARED WITHOUT
                DEFENDANT, TIMOTHY J HENSON FOR FILING(S) IN OPEN COURT
                >PRESENCE OF DEFENDANT WAIVED. >DEFENSE FILED: >-SUPPLEMENTAL
                MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE RELATING TO
                CULPABILITY. >HEARING SET FOR 04/24/07 >SEND NOTICES. >NOTIFY
                DEF.COUNSEL. >PDOJL
04/24/2007                                                           ISAACJ
                >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR HEARING WITH
                COUNSEL, MARCIA WIDDER/PURMAN GLEN >STATE FILED: >-ANSWER TO
                DISCOVERY. THE DEFENSE VIEWED THE EVIDENCE. >HEARING SET FOR
                05/02/07 >NOTIFY DEF.COUNSEL. >PDOJL
05/02/2007                                                           ISAACJ
                >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR HEARING WITH
```

|            |       |
|------------|-------|
| | COUNSEL, MARCIA WIDDER/PURMAN GLEN THE STATE FILED: -ITEMS TO BE TURNED OVER TO THE DEFENSE. THE JUDGE REVIEWED THE CRIME STOPPER SHEETS AND ORDER THE STATE TO PROVIDE THE DEFENSE WITH A COPY. >HEARING SET FOR 05/22/07 >HEARING ON MOTIONS SET FOR 06/21/07 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL |
| 05/17/2007 | ISAACJ |
| | >DEFENSE COUNSEL MARCIA WIDDER/PURMAN GLEN APPEARED WITHOUT DEFENDANT, TIMOTHY J HENSON FOR FILING(S) IN OPEN COURT >PRESENCE OF DEFENDANT WAIVED. >DEFENSE FILED: >-EXPARTE MOTION UNDER SEAL. >STATUS HEARING SET FOR 05/21/07 >NOTIFY DEFENDANT. |
| 05/21/2007 | ISAACJ |
| | >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR STATUS HEARING WITH COUNSEL, MARCIA WIDDER/PURMAN GLEN >HEARING SET FOR 05/22/07 >NOTIFY DEF.COUNSEL. >PDOJL |
| 05/22/2007 | LABEAUDA |
| | PER THE REQUEST OF THE COURT, HEARING SET FOR 6/22/07. |
| 06/21/2007 | LABEAUDA |
| | PER THE REQUEST OF THE COURT HEARONG ON MOTIONS SET FOR 7/13/07. |
| 06/22/2007 | LABEAUDA |
| | PER THE REQUEST OF THE COURT, HEARING SET FOR 7/13/07. |
| 07/13/2007 | WRIGHTD |
| | >DEFENDANT, TIMOTHY J HENSON APPEARED WITH COUNSEL, MARCIA WIDDER/PURMAN GLEN FOR HEARING ON MOTIONS >RESET BY COURT >DEFENSE FILED: >-SUPPRESS STATEMENT. -MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE. -MOTION TO REOPOERN SUPPERSSION HEARING. -MOTION TO DECLARE DEATH PENALTY UNCONSTITUTIONAL. -MOTION FOR PERMISSION TO CALL THE GOVERNOR AS A WITNESS. -MOTION TO EXCLUDE DEATH AS PPOSSIBLE PUNISHMENT. -MOTION RESERVING THE RIGHT TO REQUEST FURTHER DISCOVERY. -MOTION TO AUTHORIZE A NON-UNANIMOUS VIRDICT ON ACQUITTAL OR ON A LESSOR CHARGE. -MOTION FOR DISCOVERY RELEVANT OT LETHAL INJECTION. -MOTION TO CLARIFY PROSECUTION'S DISCOVERY POLICY. -MOTION TO STRIKE DEATH PENALTY. >HEARING ON MOTIONS SET FOR 08/20/07 >SEND NOTICES. >PDOJL |
| 07/23/2007 | WRIGHTD |
| | >DEFENSE COUNSEL MARCIA WIDDER/PURMAN GLEN APPEARED WITHOUT DEFENDANT, TIMOTHY J HENSON FOR FILING(S) IN OPEN COURT >DEFENSE FILED: -MOTION TO STRIKE AGGRAVATING CIRCUMSTANCES -MOTION TO CLARIFY PROSECUTION'S DISCOVERY -MOTION TO STRIKE DEATH PENALTY -MOTION FOR DISCOVERY OF MATTERS RELEVANT TO THE MOTION TO BAR EXECUTION BY LETHAL INJECTION -MOTION TO HOLD LA C. CRIM P. ART 782 (A) -MOTION TO RESERVE THE RIGHT TO REQUEST FURTHER DISCOVERY -MOTION TO EXCLUDE DEATH AS POSSIBLE PUNISHMNET -MOTION TO REOPEN SUPPRESSION HEARING -MOTION TO DECLARE THE LA DEATH PENALTY ARTICLES FACIALLY -MOTION FOR INDIVIDUAL SEQUESTER VOIR DIRE -MOTION TO DECLARE UNCONSTITUTIONAL LA CRIMINAL PROCEDURE ART 905.2(B) |
| 08/03/2007 | WRIGHTD |
| | >STATE FILED: -MOTION TO OBTAIN BUCCAL SWAB FRON DEFENDANT. |
| 08/07/2007 | WRIGHTD |
| | >STATE FILED: -MOTION TO OBTAIN BUCCL SWAB FROM THE DEFENDANT. |
| 08/08/2007 | WRIGHTD |
| | >CONTINUED ON STATE MOTION. >HEARING ON MOTIONS SET FOR 08/23/07 >SEND NOTICES. >PDOJL |
| 08/09/2007 | WRIGHTD |
| | >DEFENSE COUNSEL MARCIA WIDDER/PURMAN GLEN APPEARED WITHOUT DEFENDANT, TIMOTHY J HENSON FOR FILING(S) IN OPEN COURT DEFENSE |

```
            FILED: -DEFENDANT'S MOTION TO VACATE COURT'S ORDER GRANTING
            STATE'S EX PARTE MOTION TO OBTAIN BUCCAL SWAB FROM THE
            DEFENDANT OR >ALTERNATIVELY, TO STAY ITS IMPLEMENTATION. THE
            DEFENDANT'S PRESCENCE IS WAIVED. >HEARING ON MOTIONS SET FOR
            08/23/07 >SEND NOTICES. >PDOJL
08/20/2007                                                        ISAACJ
            >DEFENDANT, TIMOTHY J HENSON APPEARED WITHOUT COUNSEL FOR
            HEARING ON MOTIONS >CONTINUED ON JOINT MOTION. >HEARING ON
            MOTIONS SET FOR 08/30/07 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
            >PDOJL
08/23/2007                                                        ISAACJ
            >THE DEFENDANT, TIMOTHY J HENSON APPEARED FOR HEARING ON MOTIONS
            WITH COUNSEL, MARCIA WIDDER/PURMAN GLEN ADA MARY GLASS
            REPRESENTED THE STATE IN THIS MATTER. >HEARING SET FOR 09/25/07
            PLACE DEFENDANT ON THE JAIL LIST. SEND NOTICES. >TRIAL SET FOR
            12/10/07 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
09/25/2007                                                        ISAACJ
            >DEFENDANT, TIMOTHY J HENSON APPEARED WITH COUNSEL, MARCIA
            WIDDER/PURMAN GLEN FOR HEARING >CONTINUED ON JOINT MOTION.
            >HEARING SET FOR 11/02/07 >NOTIFY DEF.COUNSEL. >PDOJL
================================================================================
                            END OF DOCKET MASTER
================================================================================
```