November 5, 2007

Thomas Kanwit, Asst. U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Ma 02210

**RE:**   **United States v. Eddie Matos**
             **Criminal Action No: 05-30012**

Dear Attorney Kanwit,

In light of our upcoming pre-trial conference, I wanted to touch base with you on a few matters. In regard to our motion filed on October 8, 2007 concerning exculpatory evidence I was hoping you might be able to address some issues. First off, as for the fingerprint evidence, would you supply me with that information at the pre-trial conference? I think that would be convenient for you and me. As you may recall, I'd like not only the report generated by the government but the name and contact information of the person who did the testing and compiled the report. Also, I intend on calling this person as a witness at trial. My question is whether or not he or she will be made available voluntarily or should I go ahead and subpoena them.

As for the information regarding the government's confidential informant, Edrick Santos, I'd also appreciate it if you could supply that to me at the upcoming pre-trial conference. Again, as you may recall, I'd like all the information regarding his dealings with the government by way of inducements for his cooperation in this matter, the docket numbers of all the cases he has provided information for, and any and all inconsistent statements he may have made with regards to my client. Also, are you intending to call him as a witness at trial?

Lastly, I wanted to discuss the continuance motion we have now before the court. I am trying to set up my schedule for the upcoming year in regards to my travel to New Orleans for trial work I have there. In so doing I am keeping an eye out for the court's decision as to when this matter will be set for trial. I wanted to express my gratitude for your cooperation in this matter.

                                                                Regards,
                                                                /s/ Perman Glenn, III
                                                                Perman Glenn, III