UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | Criminal Action: |
| ) | O5-30012-NG |
| EDDIE MATOS, ) | |
|     Defendant ) | |

### EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

    Now comes the Defendant, Eddie Matos, and requests that the conditions of his release be modified to allow the Defendant to attend a baby shower for Melody Mendez in Manchester, Connecticut. The Defendant's girlfriend is the sister of Melody Mendez. The baby shower is scheduled to begin at 1:00 p.m. at 120 Taylor Street in Manchester, Connecticut. The Defendant anticipates that he will return to Massachusetts from the baby shower by 9:00 p.m. on February 16, 2008. Permission is respectfully sought for the Defendant to attend this event with his family.

    On the basis of the foregoing, the Defendant does respectfully request that his conditions of release be modified accordingly.

Respectfully Submitted
The Defendant by his Attorney,

Dated: February 7, 2008

/s/Perman Glenn, III
Perman Glenn, III
Law Offices Of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413) 734-9955
FAX: (413) 734-1255