UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal Action No. 05-30012 NG |
| ) | |
| EDDIE MATOS ) | |

## UNITED STATES' OPPOSITION TO MOTION
## TO MODIFY CONDITIONS OF RELEASE

The United States hereby opposes defendant Eddie Matos' "emergency" motion for relief from the conditions of his release so he may attend his girlfriend's sister's baby shower (filed February 7, 2008). The government notes that defendant stands convicted of serious drug trafficking offenses by his pleas of guilty and is awaiting trial on a gun charge under 18 U.S.C. 924(c).

The event for which the modification is sought is not the sort of event for which leave to travel outside the district is typically sought or given. Clearly, there is no emergency involved and it is unlikely that defendant's girlfriend would be unable to attend her sister's shower in the event that defendant cannot go.

The government's opposition is not adamant, however, and the government would defer to the view of Pretrial Services and the Court if they deem that the motion is not frivolous and that allowing it would not engender any risk of flight or harm to the public. At bottom, however, it does not appear to be an appropriate event for a modification of the conditions of release.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:   /s/ thomas e. kanwit

Thomas E. Kanwit
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

February 14, 2008

  Counsel certifies that this document was filed using the CM/ECF electronic document filing system of the District of Massachusetts and that it will be served on counsel for defendant via that system.

               /s/ thomas e. kanwit
               THOMAS E. KANWIT