# Law Offices of
# PERMAN GLENN, III

Perman Glenn, III*  
Nancy C. Flahive

*Also admittted in Louisiana*

*A Professional Corporation*

Oliver C. Mitchell Jr.  
Of Counsel

February 26, 2008

Thomas Kanwit, Esq.  
1 Courthouse Way  
Boston, MA

RE:   United States v. Eddie Matos  
      Criminal Action No: 05-30012   **DISCOVERY LETTER**

Dear Attorney Kanwit:

I. REPRODUCE FINGERPRINT EVIDENCE

At this time I would like to request that you reproduce the fingerprint evidence which was originally sent to me at an earlier date. Unfortunately I seem to have misplaced the materials that you originally sent and I will need them to be sent to me again in order to adequately prepare for trial.

I would also like to know if Trooper Dolan or any other member of the State Police conducted any fingerprint tests were completed on other weapons. If so, please let me know of such tests and provide me with the results of such tests. I would also like to know Trooper Dolan did the testing on these other weapons.

II. PRESENCE OF EDRICK SANTOS

During our hearing on this matter on February 25, 2008, Judge Gertner advised the Government that the Government would need to produce Edrick Santos at the trial in the above referenced matter. As I indicated in court yesterday, the defense feels that Edrick Santos plays a vital role in this case and does possess exculpatory evidence on behalf of Mr. Matos.

I am confident that the Government will follow the instruction of Judge Gertner and produce Mr. Santos at the trial in this matter. In the event that the Government does not intend to produce Mr. Santos at trial, I request that I be notified at once so that I may take the matter up in court.

I will await your response to this letter and the topics I have addressed herein.

Sincerely,

/s/PERMAN GLENN, III