UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal Action No. 05-30012 |
| | ) | |
| LUIS ZAYAS and | ) | |
| EDDIE MATOS | ) | |

## DISMISSAL OF EDDIE MATOS
## FROM COUNT SEVEN OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, by and through Acting United States Attorney Michael K. Loucks, hereby dismisses the defendant EDDIE MATOS from Count Seven of the Indictment which charges him with using a firearm during the commission of a drug offense, in violation of 18 U.S.C. §924(c). In support of this dismissal, the government states that EDDIE MATOS has pleaded guilty to Counts One, Two, Four, Five and Six of the Indictment charging him with drug offenses, and the dismissal is in the interests of justice.

Respectfully submitted,

_____
MICHAEL K. LOUCKS
Acting United States Attorney

_____
THOMAS E. KANWIT
Assistant U.S. Attorney

March 4, 2008

Leave to File Granted:

_____
Nancy Gertner, Judge
United States District Court

3/25/08