# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **)** |
| | **)** |
| **v.** | **) Criminal Action No.: 05-30012** |
| | **)** |
| **EDDIE MATOS** | **)** |

## MOTION TO CONTINUE SENTENCING HEARING
## ASSENTED TO BY GOVERNMENT

Now comes counsel for the defendant, EDDIE MATOS, and respectfully requests additional time to prepare for the continuation of the sentencing hearing that was held on July 14, 2008. The court has continued the matter to July 28, 2008 for continuation of the sentencing of the defendant, EDDIE MATOS. Counsel for the defense requests additional time in order to consult with their sentencing expert Francisca Bowman who has been involved with this case on behalf of the defendant, EDDIE MATOS.

There are complicated and technical issues involved surrounding the interpretation of 5C1.2 of the Federal Sentencing guidelines. The government has assented to the defense counsel's request for a continuation of the sentencing hearing, scheduled for July 28, 2008. Therefore, defense counsel respectfully requests that the sentencing hearing be continued until mid-September 2008, due to pre-scheduled family summer vacations.

Respectfully submitted,
EDDIE MATOS
By His Attorney:

/S/ Perman Glenn, III
Perman Glenn, III
1163 Main Street
Springfield, MA  01103
(413) 734-9955
BBO#:  553724

Date:   July 16, 2008